United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BAK USA Technologies Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4196114** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Cheryl A. Green, Esq.** **500 Seneca Street, Unit 3-7** **Buffalo, NY 14204** | **c/o Cheryl A. Green, Esq.** **500 Seneca Street, Unit 3-7** **Buffalo, NY 14204** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Erie** | **Location of principal assets, if different from principal place of business** |
| County | **Cash Realty & Auctions** **210 Sawyer Avenue Tonawanda, NY 14150** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3341

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Case 1-19-10605-CLB,   Doc 1,   Filed 03/29/19,   Entered 03/29/19 12:59:59,
Description: Main Document , Page 2 of 104

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $100 million | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **BAK USA Technologies Corp.** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 28, 2019**
MM / DD / YYYY

**X /s/ David Still**
Signature of authorized representative of debtor

**David Still**
Printed name

Title  **Director**

**18. Signature of attorney**

**X /s/ Arthur G. Baumeister, Jr.**
Signature of attorney for debtor

Date  **March 28, 2019**
MM / DD / YYYY

**Arthur G. Baumeister, Jr.**
Printed name

**Baumeister Denz LLP**
Firm name

**172 Franklin Street, Suite 2**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone  **(716) 852-1300**

Email address  **abaumeister@bdlegal.net**

Bar number and State

## WRITTEN CONSENT OF THE BOARD OF
## DIRECTORS OF
## BAK USA TECHNOLOGIES CORP.

The Board of Directors (the "Board") of Bak USA Technologies Corp., a Delaware company (the "Company"), by majority approval of the Company Board consistent with a Board Meeting held upon notice to all Board Members on the 18th day of March, 2019, do hereby consent to and adopt the following resolutions effective as of March 18, 2019:

WHEREAS, at a duly noticed and convened meeting of the Board held on the 18th day of March, 2019, at which a sufficient number of Board Members were present to constitute a quorum with authority to take the actions set forth herein; and

WHEREAS, the Board has reviewed and considered the materials presented by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's business and efforts to wind-down since its closure on November 1, 2018; and

WHEREAS, the Board has had the opportunity to ask questions of the management and the financial and legal advisors of the Company regarding the strategic alternatives available to the Company in connection with a wind-down of the Company; and

WHEREAS, the Board has authorized the adoption of the following resolutions; and

WHEREAS, the undersigned Board Member is authorized to execute this written consent evidencing the adoption of the following resolutions,

### I. Voluntary Petition Under the Provisions of Chapter 7 of Title 7 of the United States Code

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other parties in interest, taken as a whole, that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 7 of title 11 of the United States Code (11 U.S.C. §§ 101 *et seq.*, the "Bankruptcy Code"); and it is further

RESOLVED, that the Board of the Company be, and they hereby are, authorized and directed to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents, necessary to commence a case and obtain relief under Chapter 7 of the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Company's Chapter 7 case, including cooperation with the Chapter 7 Trustee appointed in the case and turnover all of the items demanded by the Chapter 7 Trustee with a view toward minimizing unnecessary cost and expense to the bankruptcy estate and assisting in the efficient administration of the Chapter 7 case; and it is further

RESOLVED, that the Board of the Company be, and they hereby are, authorized and directed to employ the law firm of Baumeister Denz LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Board of the Company are hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers *prior to and immediately upon filing of the Company's Chapter 7 case*; and it is further

## II.    Further Actions and Prior Actions

RESOLVED, that in addition to the specific authorizations heretofore conferred upon them, the Board of the Company be, and hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, as each officer in his/her discretion may deem necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

RESOLVED, that all *acts, actions, and transactions* relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

\* \* \*

March 18 , 2019

Printed Name:

David A. Still

Fill in this information to identify the case:

Debtor name    **BAK USA Technologies Corp.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**March 28, 2019**__      **X** /s/ David Still
                                     Signature of individual signing on behalf of debtor

                                      **David Still**
                                      Printed name

                                      **Director**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Debtor name **BAK USA Technologies Corp.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................    $        **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................    $      **147,430.00**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................    $      **147,430.00**

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $       **6,332.28**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **39,443,661.31**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b                          $    **39,449,993.59**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **BAK USA Technologies Corp.**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Alden State Bank - frozen due to judgment creditor restraining notice** | Checking | 1333 | $0.00 |
| 3.2. | **J.P. Morgan Chase Bank - frozen due to restraint by judgment creditor** | Checking | 0760 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Misc. small checks** | $1,155.00 |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,155.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Computers: approximately servers (4); approximately (5) surface laptops; approximately (5) dell or comparable laptops; apprxoimately (20) BAK laptops, approximately (5) desktops.** | **Unknown** | | **$0.00** |

| | | | |
|---|---|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |

| | |
|---|---|
| 43.   **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** See attached listing - not all may still be viable | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** See attached listing - not all may still be viable | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** See attached listing - not all may still be viable | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |

| | | |
|---|---|---|
| **NYS Investment Tax Credit for Manufacturers** | Tax year __2017__ | $96,275.00 |

| | | |
|---|---|---|
| **NYS Investment Tax Credit for Manufacturers - amount below is estimated** | Tax year __2018__ | $50,000.00 |

| | |
|---|---|
| 73. | **Interests in insurance policies or annuities** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $146,275.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,155.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$146,275.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$147,430.00** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$147,430.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# SCHEDULE 3.9(a)
## Company Intellectual Property

Trademarks - See attached

Domain Names-
1)  http://bakusa.com/
2)  http://baktechnologies.com/
3)  http://builtbybak.com
4)  http://bakinbuffalo.com
5)  http://Bak.NYC.com
6)  http://Bak-USA.com
7)  http://bakusa.com
8)  http://bakbooks.com
9)  http://givingback.com

Trademark Matters
BAK USA Technologies Corp.

| Mark | Country | Filing Date | Ident. No. |
|------|---------|-------------|------------|
| B&W Design | Australia | 6/22/2016 | RN 1778361 |
| B&W Design | Brazil | 6/21/2016 | AN 911214216 |
| B&W Design | Canada | 6/21/2016 | AN 1788009 |
| B&W Design | U.S. | 6/21/2016 | RN 015563133 |
| B&W Design | Mexico | 6/21/2016 | RN 1688660 |
| B&W Design | U. S. | 12/21/2015 | RN 5,021,420 |
| Color Design | U. S. | 4/1/2016 | AN 86/961,754 |
| SEAL | U. S. | 4/1/2016 | AN 86/961,772 |
| ATLAS | U. S. | 4/1/2016 | AN 86/961,606 |
| BAK | U. S. | 6/16/2016 | AN 87/073,937 |
| ATLAS | EU | 12/15/2016 | RN 016168387 |
| BORN IN BUFFALO BUILT OF THE WORLD | U.S. | 2/16/2017 | AN 87/338,001 |
| Color Design | EU | 4/13/2017 | RN 016604373 |
| Color Design | U.S. | 4/1/2016 | RN 5,192,695 |
| BUILDING COMPUTERS. EMPOWERING PEOPLE. CHANGING LIVES. | U.S. | 2/16/2017 | AN 87/337,976 |
| IN A SEA OF SAMENESS, BAK USA IS MAKING WAVES | U.S. | 2/16/2017 | AN87/338,014 |

Notes:

1.) U.S. Appl. Serial No. 86/961,606 is the subject of opposition number 91/236,035. The parties are in discussions that (if successful) will settle the opposition.

2.) BAK USA is seeking to modify the listing of goods identified in U.S. Reg. No. 3,402,177. Specifically, cancellation proceeding 92/066,655 seeks to cancel "notebook computers".

# SCHEDULE 3.9 (c )

## Licenses & Agreements Related to Intellectual Property

1) OEM Master Licensing Agreement by and between BAK USA Technologies Corp. and Microsoft Corporation dated February 1, 2016
2) Hardware, Software and Services Purchase Agreement by and between BAK USA Technologies Corp. and Delaware North Companies, Incorporated dated May 3, 2016
3) Shopify Seller Agreement/Terms of use by and between Bak USA, LLC and Shopify Inc., dated December 2014, as assigned to Bak USA Technologies Corp.
4) Marketing Consulting Agreement by and between BAK USA Technologies Corp. and The Martin Group LLC dated August 2015
5) Retail Reseller Agreement by and between BAK USA Technologies Corp. and Microsoft Corporation, dated July 1, 2016
6) Master Product Development, Procurement and Manufacturing Service Agreement by and between BAK USA Technologies Corp. and WISKY (Hong Kong) Co Limited, dated April 8, 2016
6a) Statement of Work by and between BAK USA Technologies Corp.and WISKY (Hong Kong) Co Limited, dated April 8, 2016
7) Master Procurement, Product Development & Manufacturing Services Agreement by and by and between BAK USA Technologies Corp. and BORQS Hong Kong Limited, dated February 17, 2016
8) OEM Customer License Agreement (CLA) by and between BAK USA Technologies Inc and OED - BSquare USA dated June 1, 2016
9) Fees and Royalties/Adopter Agreement by and between BAK USA Technologies and HDMI dated July 15, 2016
10) AVC Patent Portfolio License Agreement by and between BAK USA Technologies and MPEG LA, LLC dated July 22, 2016
11) MPEG-2 Systems Patent Portfolio License Agreement by and between BAK USA Technologies and MPEG LA, LLC dated July 22, 2016
12) MPEG-4 Visual Patent Portfolio License Agreement by and between BAK USA Technologies and MPEG LA, LLC dated July 22, 2016

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property        **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Debtor name **BAK USA Technologies Corp.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron M. Bishop**<br>**64 Homestead Avenue**<br>**Depew, NY 14043** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.55** | **$0.00** |
|  | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Excess Withholding** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alex A. Fernandez**<br>**100 Ellwood Avenue**<br>**Buffalo, NY 14222-3000** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$490.17** | **$0.00** |
|  | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Excess Withholding** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.57 | $0.00 |
|---|---|---|---|---|

**Ali H. Al Shemmary**
**51 Fayer Street**
**Buffalo, NY 14207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.42 | $0.00 |
|---|---|---|---|---|

**Amanda B. Schiferle**
**184 Sprucewood Terrace**
**Buffalo, NY 14221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.17 | $0.00 |
|---|---|---|---|---|

**Bertholt L. Schroeder**
**21 Woodward Avenue**
**Upper**
**Buffalo, NY 14214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.14 | $0.00 |
|---|---|---|---|---|

**Bo Zhang**
**216 Wendel Avenue**
**Buffalo, NY 14223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.41 | $0.00 |
|-----|---|---|---|---|
| | **Brian M. Sas** | Check all that apply. | | |
| | **1273 Hertel Avenue** | ☐ Contingent | | |
| | **Buffalo, NY 14216** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018** | **Excess Withholding** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.44 | $0.00 |
|-----|---|---|---|---|
| | **California Franchise Tax Board** | Check all that apply. | | |
| | **P.O. Box 942857** | ☐ Contingent | | |
| | **Sacramento, CA 94257-0511** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018** | **Franchise Tax** | | |
| | Last 4 digits of account number **9000** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.19 | $0.00 |
|-----|---|---|---|---|
| | **Cheryl A. Green** | Check all that apply. | | |
| | **110 Old Meadow Drive** | ☐ Contingent | | |
| | **East Amherst, NY 14051** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018** | **Excess Withholding** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.88 | $0.00 |
|-----|---|---|---|---|
| | **Christina Collins** | Check all that apply. | | |
| | **7154 Ward Road** | ☐ Contingent | | |
| | **North Tonawanda, NY 14120** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018** | **Excess Withholding** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.94** | **$0.00** |
|---|---|---|---|---|

**Christopher M. Jankowski**
**157 Trowbridge Street**
**Buffalo, NY 14220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Withholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Colorado Department of Revenue**
**Denver**

**Denver, CO 80261-0008**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Franchise taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.10** | **$0.00** |
|---|---|---|---|---|

**Don Eaves**
**225 Hinman Street**
**Wilson, NY 14172**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Withholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.13** | **$0.00** |
|---|---|---|---|---|

**Eric W. Robinson**
**64 Brook Edge Road**
**Depew, NY 14043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Withholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1-19-10605-CLB, Doc 1, Filed 03/29/19, Entered 03/29/19 12:59:59,
Description: Main Document , Page 22 of 104

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address<br>**Eva C. Bak**<br>**39 Days Park**<br>**Buffalo, NY 14201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $320.28 | $320.28 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Excess witholding** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**1415 W. US Highway 90, Suite 115**<br>**Lake City, FL 32055-6156** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $300.00 | $300.00 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Franchise taxes** | | |
| | Last 4 digits of account number **8623**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address<br>**Gideon Paul Arugollu**<br>**72 Winton Street**<br>**Buffalo, NY 14214** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $35.10 | $0.00 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Excess Withholding** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address<br>**Ian M. Donnelly**<br>**845 Potomac Avenue**<br>**Buffalo, NY 14209** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.41 | $0.00 |
| | Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Excess Withholding** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:
**taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Iowa Department of Revenue**
**P.O. Box 10466**
**Des Moines, IA 50306-0466**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.14 | $0.00 |
|---|---|---|---|---|

**James A. Colombo III**
**427 Prospect Avenue**
**Apartment 3**
**Buffalo, NY 14201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.88 | $0.00 |
|---|---|---|---|---|

**James E. Soyle**
**10760 Bodine Road**
**Clarence, NY 14031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.13** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|------------|-----------|

**Jennifer S. Delair**
**20 Cherrywood Ridge**
**Holland, NY 14080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Kansas Department of Revenue**
**P.O. Box 758571**
**Topeka, KS 66675-8571**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$27.14** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|------------|-----------|

**Karthik Tha Shanmugasundaram**
**2100 Sheridan Drive**
**Apartment 114**
**Buffalo, NY 14223**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**Kentucky Department of Revenue**
**P.O. Box 181, Station 52**
**Frankfort, KY 40602-0181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number **9638**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Case 1-19-10605-CLB, Doc 1, Filed 03/29/19, Entered 03/29/19 12:59:59,
Description: Main Document , Page 25 of 104

---

**2.27** | Priority creditor's name and mailing address

**Koushikee Chatterjee**
**59 LaSalle Avenue**
**Apartment 315**
**Buffalo, NY 14214**

As of the petition filing date, the claim is: **$35.10** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address

**Kristen A. Johnson**
**346 Conneticut Street**
**Apartment 502**
**Buffalo, NY 14213**

As of the petition filing date, the claim is: **$284.35** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address

**Luis A. Fernandez**
**39 Days Park**
**Buffalo, NY 14201**

As of the petition filing date, the claim is: **$121.88** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address

**Matt E. Malloy**
**7743 Back Creek Road**
**Hamburg, NY 14075**

As of the petition filing date, the claim is: **$490.17** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.17 | $0.00 |
|---|---|---|---|---|

**Michael R. Dutka**
**2332 Winterberry Drive**
**Lake View, NY 14085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.13 | $0.00 |
|---|---|---|---|---|

**Michael S. Seamans**
**220 Wayside Drive**
**Depew, NY 14043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.13 | $0.00 |
|---|---|---|---|---|

**Michael Smeal**
**133 South 900 E**
**Apartment 4**
**Salt Lake City, UT 84102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Michigan Department of Treasury**
**P.O. Box 30803**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**P.O. Box 333**
**Trenton, NJ 08646-0333**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**New York State Dept of Tax**
**Bankruptcy Unit**
**POB 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**North Dakota Office of State Tax**
**Commiss**
**600 E. Boulevard Avenue**
**Department 127**
**Bismarck, ND 58505**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Franchise taxes**

Last 4 digits of account number **3056**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.55 | $0.00 |
|---|---|---|---|---|

**Oscar Prada-Gonzalez**
**551 7th Street**
**Buffalo, NY 14201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.10** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Rachel M. Ernisse**
**449 Richmond Avenue**
**Buffalo, NY 14222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.13** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Samantha L. Pierce**
**600 11th Avenue North**
**Apartment 102**
**Nashville, TN 37203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.94** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Sara F. Vanhoose**
**2480 Linwood Avenue**
**#1**
**Niagara Falls, NY 14305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.38** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Shawn M. Saffer**
**304 Wellington Road**
**Floor #1**
**Buffalo, NY 14216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2018**

Basis for the claim:
**Excess Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1-19-10605-CLB,   Doc 1,   Filed 03/29/19,   Entered 03/29/19 12:59:59,
Description: Main Document  , Page 29 of 104

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.00 | $437.00 |
|------|---|---|---|---|

**South Carolina Department of Revenue**
P.O. Box 125
Columbia, SC 29214-0400

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Franchise taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|------|---|---|---|---|

**South Dakota Department of Revenue**
445 E. Capital Avenue
Pierre, SD 57501

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Franchise taxes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.88 | $0.00 |
|------|---|---|---|---|

**Steven Adamski Jr.**
33 Montfort Drive
Buffalo, NY 14225

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Witholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.76 | $0.00 |
|------|---|---|---|---|

**Timothy M. Dietrich**
210 North Wells Street
#3601
Chicago, IL 60606

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Withholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case 1-19-10605-CLB,   Doc 1,   Filed 03/29/19,   Entered 03/29/19 12:59:59,
Description: Main Document , Page 30 of 104

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.42 | $0.00 |
|------|--------|--------|--------|--------|

**Zachary T. Swan**
**416 South Street**
**East Aurora, NY 14052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2018** | **Excess Withholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,777,114.00 |
|-----|---|---|---|

**425 Michigan Avenue, LLC**
**McGuire Development**
**344 Cayuga Road**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Commericial lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,520,219.17 |
|-----|---|---|---|

**B. Thomas Golisano**
**c/o Fishers Asset Management**
**1 Fishers Road**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-17**

Basis for the claim: **Note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,660.00 |
|-----|---|---|---|

**Be Relevant Group, LLC**
**1 News Plaza**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Program management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|---|---|---|

**Buffalo News**
**1 News Plaza**
**P.O. Box 5183**
**Buffalo, NY 14240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **subscription**

Last 4 digits of account number **8415**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|-----|---|---|---|

**Chameleon Communications**
**510 Franklin Street**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **marketing**

Last 4 digits of account number **9005**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-10605-CLB,    Doc 1,    Filed 03/29/19,    Entered 03/29/19 12:59:59,
Description: Main Document , Page 31 of 104

| 3.6 | | | |
|-----|--|--|--|

**Nonpriority creditor's name and mailing address**

**Cheryl A. Green, Esq.**
**500 Seneca Street**
**Unite3-7**
**Buffalo, NY 14204**

Date(s) debt was incurred __2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal fees and disbursements__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.7 | | | |
|-----|--|--|--|

**Nonpriority creditor's name and mailing address**

**Christian Bak**
**c/o Leslie Zemnick**
**20 Waterside Plaza**
**Apartent 5A**
**New York, NY 10010**

Date(s) debt was incurred __2019__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __moving expense__

Is the claim subject to offset? ☒ No ☐ Yes

**$7,112.00**

---

| 3.8 | | | |
|-----|--|--|--|

**Nonpriority creditor's name and mailing address**

**Commercial Bank of Ethopia**
**TF CPC**
**Addis Ababa**
**ETHIOPIA**

Date(s) debt was incurred __2018__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __contract__

Is the claim subject to offset? ☒ No ☐ Yes

**$454,655.79**

---

| 3.9 | | | |
|-----|--|--|--|

**Nonpriority creditor's name and mailing address**

**Dataprise, Inc.**
**9600 Blackwell Road, 4th Fl.**
**Rockville, MD 20850**

Date(s) debt was incurred __2018__

Last 4 digits of account number __1251__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$15,781.25**

---

| 3.10 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Dun & Bradstreet**
**P.O. Box 75434**
**Chicago, IL 60675**

Date(s) debt was incurred __2018__

Last 4 digits of account number __4733__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$1,721.90**

---

| 3.11 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Edovo**
**215 W. Superior Street**
**Suite 600**
**Chicago, IL 60654**

Date(s) debt was incurred __2018__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**Unknown**

---

| 3.12 | | | |
|------|--|--|--|

**Nonpriority creditor's name and mailing address**

**Education Alliance, LLC**
**Program: Success Files**
**4400 N. Federal Hightway, Suite 210-27**
**Boca Raton, FL 33431**

Date(s) debt was incurred __2018__

Last 4 digits of account number __2568__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$7,834.00**

---

Case 1-19-10605-CLB,    Doc 1,    Filed 03/29/19,    Entered 03/29/19 12:59:59,
Description: Main Document , Page 32 of 104

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Educators Network**<br>**75 Mill Street**<br>**Colchester, CT 06415**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$4,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Elitegroup Computer Systems, Inc.**<br>**c/o David Tsai, Esq.**<br>**Pillsbury Winthrop Shaw Pittman LLP**<br>**Four Embarcadero Center, 22nd Floor**<br>**San Francisco, CA 94111**<br><br>Date(s) debt was incurred  **2019**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$892,625.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **judgment**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**EWI**<br>**1250 Arthur E Adams Drive**<br>**Columbus, OH 43211**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **2759** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$116.32**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Expert Moving LLC**<br>**1585 Main Street**<br>**Buffalo, NY 14209**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **1418** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$3,750.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Moving Company**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**GeoSAS Consulting Service PLC**<br>**c/o Kidane Zista**<br>**285 Ashland Avenue**<br>**Buffalo, NY 14222**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*  **$400,319.83**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Great Lakes Building Systems**<br>**116 Gruner Road**<br>**Buffalo, NY 14227**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **2181** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$1,400.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**GS1 US, Inc.**<br>**7887 Washington Village Drive**<br>**Suite 300**<br>**Dayton, OH 45459**<br><br>Date(s) debt was incurred  **2018**<br><br>Last 4 digits of account number  **4897** | **As of the petition filing date, the claim is:** *Check all that apply.*  **$605.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $746.66 |
|---|---|---|---|

**Halo Branded Solutions**
**3182 Momentum Place**
**Chicago, IL 60689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Vendor__

Last 4 digits of account number __5771__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.68 |
|---|---|---|---|

**Hanover Insurance**
**P.O. Box 580045**
**Charlotte, NC 28258-0045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __insurance premium__

Last 4 digits of account number __1442__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,211.29 |
|---|---|---|---|

**Hodgson Russ**
**The Guaranty Building**
**140 Pearl Street, Suite 100**
**Attention: James Thoman**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.75 |
|---|---|---|---|

**Keller Bros. & Miller**
**401 Franklin Street**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Vendor__

Last 4 digits of account number __1341__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Luke Letosky**
**73 Harrison Avenue**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Vendor__

Last 4 digits of account number __0118__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,400.50 |
|---|---|---|---|

**Lumsden & McCormick LP**
**369 Franklin Street**
**Buffalo, NY 14202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __accounting fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Microsoft Corporation**
**Attn: Jeff Martinson**
**1 Microsoft Way**
**Redmond, WA 98052-6399**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __2018__

Basis for the claim: __Claims arising from Retail Reseller Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Microsoft Corporation**
**Attn: OEM Contracts**
**Americas Operations Center**
**6100 Neil Road**
**Reno, NV 89511**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Claims arising from OEM agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,492.87** |
|---|---|---|---|

**Mohawk Global**
**P.O. Box 3065**
**Syracuse, NY 13220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Vendor**

Last 4 digits of account number **A01**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.00** |
|---|---|---|---|

**New York State Thruway**
**EZ Pass Violations Processing Center**
**P.O. Box 15186**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **tolls**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,062.50** |
|---|---|---|---|

**Package Design & Supply**
**1014 Northampton Street**
**Buffalo, NY 14211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Vendor**

Last 4 digits of account number **0593**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Paychex**
**33 Dodge Road**
**Suite 110**
**Getzville, NY 14068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **services**

Last 4 digits of account number **5047**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,857.50** |
|---|---|---|---|

**Phillips Lytle LLP**
**One Canalside**
**125 Main Street**
**Buffalo, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,088.40** |
|---|---|---|---|

**PS Elliott Services, Inc.**
**1767 Kenmore Avenue**
**Buffalo, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018**

Basis for the claim: **Vendor**

Last 4 digits of account number **1650**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-19-10605-CLB,    Doc 1,    Filed 03/29/19,    Entered 03/29/19 12:59:59,
Description: Main Document  , Page 35 of 104

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.00 |
|---|---|---|---|
| | **Quest Diagnostics**<br>P.O. Box 740709<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Services** | |
| | Last 4 digits of account number **7877** | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,126,684.93 |
|---|---|---|---|
| | **R. Wayne LeChase Irrevocable Trust**<br>c/o Fishers Asset Management<br>1 Fishers Road<br>Pittsford, NY 14534 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,041.43 |
|---|---|---|---|
| | **Spectrum Business f/k/a Time Warner**<br>P.O. Box 70872<br>Charlotte, NC 28272 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **1001** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,386.98 |
|---|---|---|---|
| | **Spectrum Industries, Inc.**<br>925 First Avenue<br>P.O. Box 400<br>Chippewa Falls, WI 54729 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **0000** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $765.36 |
|---|---|---|---|
| | **Speed Global Services**<br>2299 Kenmore Avenue<br>Buffalo, NY 14207 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,125.00 |
|---|---|---|---|
| | **StrategizeIT-Egypt, LLC**<br>Flat 2, Building 63, Street 9<br>Asmarat heights Compound<br>Mokattam, Cairo<br>EGYPT | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,635.84 |
|---|---|---|---|
| | **Streamline Designs**<br>3475 Niagara Falls Boulevard<br>North Tonawanda, NY 14120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **3053** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,613.29 |
|---|---|---|---|

**Synnex Corp.**
**39 Pelham Ridge Drive**
**Greenville, SC 29615**

Date(s) debt was incurred __2018__

Last 4 digits of account number __0825__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.76 |
|---|---|---|---|

**TIPS**
**The Interlocal Purchasing System**
**4845 US Hwy 271 N.**
**Pittsburg, TX 75686**

Date(s) debt was incurred __2018__

Last 4 digits of account number __3618__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $229.34 |
|---|---|---|---|

**United Way of Buffalo & Erie County**
**742 Delaware Avenue**
**Buffalo, NY 14209**

Date(s) debt was incurred __2018__

Last 4 digits of account number __0677__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,747.53 |
|---|---|---|---|

**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170**

Date(s) debt was incurred __2018__

Last 4 digits of account number __12Y7__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,722.67 |
|---|---|---|---|

**US Bank Equipment Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

Date(s) debt was incurred __2018__

Last 4 digits of account number __6000__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __lease payments__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,652.58 |
|---|---|---|---|

**Verizon**
**500 Technology Drive**
**Suite 550**
**Bankruptcy Department**
**Saint Charles, MO 63304**

Date(s) debt was incurred __2018__

Last 4 digits of account number __1811__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,031.19 |
|---|---|---|---|

**Working Knowledge, LLC**
**435 Lawrence Bell Drive**
**Suite 3**
**Buffalo, NY 14221**

Date(s) debt was incurred __2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**　List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Dun & Bradstreet**<br>**c/o Global Hawk Resources**<br>**P.O. Box 2010**<br>**Methuen, MA 01844** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Halo Branded Solutions**<br>**c/o Biehl & Biehl, Inc.**<br>**P.O. Box 87410**<br>**Carol Stream, IL 60188** | Line **3.20**<br><br>☐ Not listed. Explain ____ | **4135** |
| 4.3 | **Lumsden & McCormick LP**<br>**c/o ABC/Amega**<br>**500 Seneca Street**<br>**Suite 400**<br>**Buffalo, NY 14204** | Line **3.25**<br><br>☐ Not listed. Explain ____ | **0889** |
| 4.4 | **UPS**<br>**c/o RMS**<br>**P.O. Box 361348**<br>**Columbus, OH 43236** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Working Knowledge LLC**<br>**c/o Getman & Biryla LLP**<br>**800 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14203** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 6,332.28 |
| 5b. Total claims from Part 2 | 5b. + | $ | 39,443,661.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 39,449,993.59 |

---

Debtor name   **BAK USA Technologies Corp.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Retail/Reseller Agreement** | |
| | State the term remaining | | **Microsoft Corporation**<br>**Attn: Jeff Martinson**<br>**1 Microsoft Way**<br>**Redmond, WA 98052-6399** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **OEM Licensing Agreement** | |
| | State the term remaining | | **Microsoft Corporation**<br>**Attn: OEM Contracts**<br>**Americas Operations Center**<br>**6100 Neil Road**<br>**Reno, NV 89511** |
| | List the contract number of any government contract | _____ | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **BAK USA Technologies Corp.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case 1-19-10605-CLB,   Doc 1,   Filed 03/29/19,   Entered 03/29/19 12:59:59,
Description: Main Document  , Page 40 of 104

Debtor name __**BAK USA Technologies Corp.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other **business operations ceased 11/2018** | **$0.01** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **business operations - estimated** | **$6,800,000.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **business operations** | **$6,764,514.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **J.P. Sa Couto, S.A.** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Surrender of component parts in satisfaction of debt in the amount of $1,308,844** |
| 3.2.   **Working Knowledge LLC**<br>**435 Lawrence Bell Dr., Suite 3**<br>**Buffalo, NY 14221** | **1/19** | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Execution on bank accounts at Alden State Bank and J.P. Morgan Chase Bank** |
| 3.3.   **See auction report attached hereto** | **1/2019** | **$100,049.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **expenses of auction, payroll, services, etc.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ulla Bak**<br><br>      **Director and shareholder** | **6/2018** | **$40,000.00** | **repayment of loan** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|------|---------------------------|----------------|------------------------------------|----------------|
| 7.1. | **Working Knowledge LLC vs. BAK USA Technologies Corp.**<br>817389/2018 | **Collection action** | **NYS Supreme Court, Erie County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **BAK USA Technologies Corp. v. 425 Michigan Ave., LLC**<br>819955/2018 | **landlord / tenant** | **NYS Supreme Court, Erie County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **BAK USA Technologies, Corp. v. Elitegroup Computer Systems, Inc.**<br>3:18-cv-05744-MMC | **vendor dispute** | **U.S.D.C., Norther District California** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|------------------------------------------------------------|---------------------------------------------|---------------|------------------------|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Case 1-19-10605-CLB,   Doc 1,   Filed 03/29/19,   Entered 03/29/19 12:59:59,
Description: Main Document , Page 43 of 104

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baumeister Denz LLP**<br>**172 Franklin Street, Suite 2**<br>**Buffalo, NY 14202** | **Attorney Fees** | **3/19** | **$5,000.00** |
| | **Email or website address**<br>**abaumeister@bdlegal.net** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **J.P. Sa Couto, S.A.** | **surrender of inventory of component parts -- referenced in SOFA No. 3 above** | **2/19** | **Unknown** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **See attached auction report** | **Substantially all of the assets of the Debtor at auction** | **1/2019** | **$100,049.00** |
| | **Relationship to debtor** | | | |

---

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ■   No.
     ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ■   No.
     ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

     ■   No.
     ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

     ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.   **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
         ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Lumsden & McCormick LP** | **Various** |

     26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
        within 2 years before filing this case.

     ■ None

Case 1-19-10605-CLB,    Doc 1,    Filed 03/29/19,    Entered 03/29/19 12:59:59,
Description: Main Document , Page 46 of 104

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| B. Thomas Golisano | | Director / Shareholder | 4,000,000 shares of Series A Convertable Preferred Stock - 67.1% voting/equity |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Still | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| R. Wayne LeChase | | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ulla Bak | | Director / Shareholder | 800,000 shares of Voting Common Stock - 13.4% voting/equity |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| J.P. Bak | | Director / Shareholder | 800,000 shares of Voting Common Stock - 13.4% voting/equity |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Christian Bak | | Shareholder | 260,000 shares of Voting Common Stock - 4.4% voting/equity |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Eva Bak | | Shareholder | 100,000 shares of Voting Common Stock - 1.7% voting/equity |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Ulla Bak | | President/Secretary | through cessation of business in November, 2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Alan Jankowski | | Treasurer | through termination within the past year |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| J.P. Bak | | Chief Executive Officer | through cessation of business in November, 2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Ulla Bak | aproximately $84,000 | various | payroll compensation |
| | Relationship to debtor Shareholder/Director | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **J.P. Bak** | **approximately $90,000** | **various** | **payroll compensation** |
| | **Relationship to debtor** **Shareholder/Director** | | | |
| 30.3. | **Christian Bak** | **approximately $72,000** | **various** | **payroll compensation** |
| | **Relationship to debtor** **Shareholder** | | | |
| 30.4. | **Eva Bak** | **approximately $72,000** | **various** | **payroll compensation** |
| | **Relationship to debtor** **Shareholder** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**March 28, 2019**__

__**/s/ David Still**__                   __**David Still**__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __**Director**__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes



**C·A·S·H**
**REALTY & AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 1 |

**Consignor**

Cheryl Green, Esq.
Bak Usa
500 Seneca St.
Buffalo, NY 14204
Phone: 716-430-8887

Auction: BAK USA 1/26/19  (19-013)

| Lot# | Transaction Description | Amount |
|---|---|---|
| **1** 1/26/2019 | Can Receptacle<br>Invoice Sale Price(Qty=1)<br>Bid Card # 180 | 15.00 |
| **2** 1/26/2019 | Lot of Kitchen Cookware<br>Invoice Sale Price(Qty=1)<br>Bid Card # 82 | 60.00 |
| **3** 1/26/2019 | Large Weber Grill<br>Invoice Sale Price(Qty=1)<br>Bid Card # 658 | 45.00 |
| **4** 1/26/2019 | Small Weber Grill<br>Invoice Sale Price(Qty=1)<br>Bid Card # 658 | 20.00 |
| **5** 1/26/2019 | Buffet Drafting Dishes<br>Invoice Sale Price(Qty=1)<br>Bid Card # 186 | 20.00 |
| **6** 1/26/2019 | Lot of Power Strips<br>Invoice Sale Price(Qty=1)<br>Bid Card # 257 | 110.00 |
| **7** 1/26/2019 | Tool Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 257 | 60.00 |
| **9** 1/26/2019 | Banding Cart & Supplies<br>Invoice Sale Price(Qty=1)<br>Bid Card # 670 | 160.00 |
| **11** 1/26/2019 | California Air Compressor<br>Invoice Sale Price(Qty=1)<br>Bid Card # 198 | 100.00 |
| **12** 1/26/2019 | Black Air Compressor<br>Invoice Sale Price(Qty=1)<br>Bid Card # 198 | 100.00 |
| **13** 1/26/2019 | Porter Cable Air Compressor<br>Invoice Sale Price(Qty=1)<br>Bid Card # 71 | 65.00 |

| Lot# | Transaction Description | Amount |
|---|---|---|
| **14** 1/26/2019 | Porter Cable Air Compressor<br>Invoice Sale Price(Qty=1)<br>Bid Card # 74 | 65.00 |
| **15** 1/26/2019 | Bel Art Work Tank<br>Invoice Sale Price(Qty=1)<br>Bid Card # 670 | 30.00 |
| **16** 1/26/2019 | Ryobi Drill Press<br>Invoice Sale Price(Qty=1)<br>Bid Card # 647 | 100.00 |
| **17** 1/26/2019 | Ryobi Drill Press<br>Invoice Sale Price(Qty=1)<br>Bid Card # 404 | 95.00 |
| **18** 1/26/2019 | Ridgid Sander<br>Invoice Sale Price(Qty=1)<br>Bid Card # 652 | 20.00 |
| **19** 1/26/2019 | DeWalt Grinder<br>Invoice Sale Price(Qty=1)<br>Bid Card # 257 | 45.00 |
| **20** 1/26/2019 | DeWalt Sander<br>Invoice Sale Price(Qty=1)<br>Bid Card # 91 | 40.00 |
| **21** 1/26/2019 | DeWalt Jig Saw<br>Invoice Sale Price(Qty=1)<br>Bid Card # 187 | 45.00 |
| **22** 1/26/2019 | Fastener Set<br>Invoice Sale Price(Qty=1)<br>Bid Card # 91 | 25.00 |
| **23** 1/26/2019 | Hole Saw Set<br>Invoice Sale Price(Qty=1)<br>Bid Card # 660 | 45.00 |
| **24** 1/26/2019 | Spray Gun System<br>Invoice Sale Price(Qty=1)<br>Bid Card # 652 | 45.00 |
| **25** 1/26/2019 | DeWalt Circular Saw<br>Invoice Sale Price(Qty=1)<br>Bid Card # 191 | 85.00 |
| **26** 1/26/2019 | Keedox Screen Separator<br>Invoice Sale Price(Qty=1)<br>Bid Card # 198 | 25.00 |
| **27** 1/26/2019 | Box of Tools<br>Invoice Sale Price(Qty=1)<br>Bid Card # 50 | 35.00 |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 30 | Parts Bins & Drawers | | 45 | Lot of Tablet Stylus | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 50 | | | Bid Card # 78 | |
| 31 | Husky Wrench Set | | 46 | Tape Dispensers & Tape | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 |
| | Bid Card # 647 | | | Bid Card # 94 | |
| 32 | Arbor Press | | 47 | Tablet Cases | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 60.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 198 | | | Bid Card # 58 | |
| 33 | Air Press | | 48 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 |
| | Bid Card # 59 | | | Bid Card # 184 | |
| 34 | Blow Control | | 49 | 7 Boxes of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 55.00 |
| | Bid Card # 69 | | | Bid Card # 184 | |
| 35 | Breadboard & Dispenser | | 50 | Box of Wi-Fi Watches | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 15.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 |
| | Bid Card # 50 | | | Bid Card # 87 | |
| 36 | Kubi Classic Telepresence Robot | | 51 | Box of Wi-Fi Watches | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 70.00 |
| | Bid Card # 198 | | | Bid Card # 591 | |
| 37 | 3M Model 980 Ionized Air Gun | | 52 | Box of Wi-Fi Watches | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 70.00 |
| | Bid Card # 257 | | | Bid Card # 55 | |
| 38 | Lot of File Bins | | 53 | Box of Wi-Fi Watches | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 70.00 |
| | Bid Card # 257 | | | Bid Card # 65 | |
| 39 | 2 Black Cubbies | | 54 | Lot of Power Cords | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 |
| | Bid Card # 74 | | | Bid Card # 594 | |
| 40 | Bin of Screwdrivers | | 55 | Box of Wire | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 179 | | | Bid Card # 60 | |
| 41 | 3 Tool Boxes | | 57 | 2 Bins of Cords | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 15.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 |
| | Bid Card # 647 | | | Bid Card # 199 | |
| 43 | Rantek Tablet Kiosk Stand | | 58 | Wood Work Table | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 150.00 |
| | Bid Card # 727 | | | Bid Card # 61 | |
| 44 | Lot of Tablet Kiosk Stands | | 59 | Wood Work Table | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 150.00 |
| | Bid Card # 199 | | | Bid Card # 61 | |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
| --- | --- |
| Date: | 1/23/2019 |
| Page: | 3 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 50 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 687 | 65.00 | 74 1/26/2019 | Lot of Keyboard Stands Invoice Sale Price(Qty=1) Bid Card # 79 | 10.00 |
| 51 1/26/2019 | Lot of Ruckus Zone Flex Machines Invoice Sale Price(Qty=1) Bid Card # 67 | 875.00 | 75 1/26/2019 | Tote & Go Invoice Sale Price(Qty=1) Bid Card # 68 | 30.00 |
| 52 1/26/2019 | Lot of LED Lights Invoice Sale Price(Qty=1) Bid Card # 251 | 825.00 | 76 1/26/2019 | Tote & Go Invoice Sale Price(Qty=1) Bid Card # 189 | 20.00 |
| 53 1/26/2019 | 2 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 5.00 | 77 1/26/2019 | Tote & Go Invoice Sale Price(Qty=1) Bid Card # 189 | 20.00 |
| 54 1/26/2019 | 2 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 5.00 | 78 1/26/2019 | Lot of Computer Mic. Invoice Sale Price(Qty=1) Bid Card # 94 | 45.00 |
| 55 1/26/2019 | 3 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 10.00 | 80 1/26/2019 | Lot of Keyboards Invoice Sale Price(Qty=1) Bid Card # 94 | 65.00 |
| 56 1/26/2019 | Tektronix TBS2000 Digital Oscilloscopes Invoice Sale Price(Qty=1) Bid Card # 199 | 575.00 | 81 1/26/2019 | Bin of Desk Caddies Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 |
| 57 1/26/2019 | DC Power Supply Invoice Sale Price(Qty=1) Bid Card # 53 | 40.00 | 82 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 680 | 20.00 |
| 58 1/26/2019 | DC Power Supply Invoice Sale Price(Qty=1) Bid Card # 94 | 45.00 | 83 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 680 | 20.00 |
| 59 1/26/2019 | Keithley 2000 Multimeter Invoice Sale Price(Qty=1) Bid Card # 85 | 150.00 | 84 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 680 | 20.00 |
| 70 1/26/2019 | Camera & Misc. Invoice Sale Price(Qty=1) Bid Card # 656 | 125.00 | 85 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 680 | 20.00 |
| 71 1/26/2019 | Lot of Power Blocks Invoice Sale Price(Qty=1) Bid Card # 71 | 75.00 | 86 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 680 | 20.00 |
| 72 1/26/2019 | 4 TV Mounts Invoice Sale Price(Qty=1) Bid Card # 72 | 25.00 | 87 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 777 | 20.00 |
| 73 1/26/2019 | Bin of Scanners Invoice Sale Price(Qty=1) Bid Card # 199 | 275.00 | 88 1/26/2019 | Trapezoid Table Invoice Sale Price(Qty=1) Bid Card # 777 | 20.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 4 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 89 | Trapezoid Table | | 103 | Large LG Computer Screen | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 57 | 250.00 |
| 90 | Trapezoid Table | | 104 | Large LG Computer Screen | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 672 | 175.00 |
| 91 | Podium | | 105 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 409 | 100.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 92 | Wood Bench | | 106 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 257 | 80.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 93 | Wood Bench | | 107 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 257 | 80.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 94 | Wood Bench | | 108 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 257 | 80.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 95 | Wood Bench | | 109 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 257 | 80.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 96 | Wood Bench | | 110 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 257 | 80.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 97 | Rubbermaid Trash Cans | | 111 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 680 | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 98 | Rubbermaid Trash Cans | | 112 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 680 | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 99 | Rubbermaid Trash Cans | | 113 | New HP 23er Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 186 | 65.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 790 | 80.00 |
| 100 | Rubbermaid Trash Cans | | 115 | New Large 32" Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 94 | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 681 | 125.00 |
| 101 | Rubbermaid Trash Cans | | 116 | Dell DBL Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 777 | 35.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 68 | 85.00 |
| 102 | Large Dell Computer Screen | | 117 | Dell DBL Monitor | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 684 | 250.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 186 | 35.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 5 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 118<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 51 | 10.00 | 133<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 50.00 |
| 119<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 81 | 10.00 | 134<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 87 | 25.00 |
| 120<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 51 | 10.00 | 135<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 650 | 40.00 |
| 121<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 51 | 10.00 | 136<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 85 | 30.00 |
| 122<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 72 | 50.00 | 137<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 40.00 |
| 123<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 409 | 45.00 | 138<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 50.00 |
| 124<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 650 | 50.00 | 139<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 50.00 |
| 125<br>1/26/2019 | **Dell Rotating Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 51 | 10.00 | 141<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 50.00 |
| 126<br>1/26/2019 | **LG Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 95.00 | 142<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 40.00 |
| 127<br>1/26/2019 | **LG Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 95.00 | 143<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 85 | 30.00 |
| 128<br>1/26/2019 | **Benq Q Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 81 | 100.00 | 144<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 35.00 |
| 129<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 695 | 75.00 | 145<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 35.00 |
| 130<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 75.00 | 146<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 35.00 |
| 132<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 50.00 | 147<br>1/26/2019 | **HP White Back & Silver Logo Monitor**<br>Invoice Sale Price(Qty=1)<br>Bid Card # 66 | 35.00 |

Consignor Settlement



# C·A·S·H
# REALTY &
# AUCTIONS

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO.#: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 6 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 148 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 86 | 30.00 | 163 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 671 | 40.00 |
| 149 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 85 | 30.00 | 164 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=4) Bid Card # 63 | 35.00 |
| 150 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 596 | 50.00 | 165 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 151 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 85 | 30.00 | 166 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 152 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 596 | 50.00 | 167 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 153 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 650 | 40.00 | 168 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 671 | 40.00 |
| 154 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 86 | 35.00 | 169 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 155 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 66 | 35.00 | 170 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 94 | 50.00 |
| 156 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 768 | 50.00 | 171 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 408 | 50.00 |
| 157 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 94 | 70.00 | 172 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 649 | 50.00 |
| 158 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 94 | 70.00 | 173 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 159 1/26/2019 | HP White Back & Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 65 | 30.00 | 174 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 161 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 409 | 40.00 | 175 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |
| 162 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 409 | 40.00 | 176 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 35.00 |

Consignor Settlement



**C·A·S·H**
**REALTY & AUCTIONS**
210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-8162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 7 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 177 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 197 | 50.00 | 191 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 |
| 178 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 197 | 50.00 | 192 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 |
| 179 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 260 | 40.00 | 193 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 |
| 180 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 260 | 40.00 | 194 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 199 | 65.00 |
| 181 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 260 | 40.00 | 195 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 |
| 182 1/26/2019 | HP White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 260 | 40.00 | 196 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 199 | 65.00 |
| 183 1/26/2019 | HP White Back Monitor No Stand Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 197 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 199 | 65.00 |
| 184 1/26/2019 | HP Black Back Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 198 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 181 | 65.00 |
| 185 1/26/2019 | HP Black Back Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 199 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 181 | 65.00 |
| 186 1/26/2019 | HP Black Back Silver Logo Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 200 1/26/2019 | Acer White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 655 | 90.00 |
| 187 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 201 1/26/2019 | Acer White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 655 | 90.00 |
| 188 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 202 1/26/2019 | Acer White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 655 | 90.00 |
| 189 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 203 1/26/2019 | Acer White Back Monitor Invoice Sale Price(Qty=1) Bid Card # 655 | 90.00 |
| 190 1/26/2019 | Dell Black Back Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 204 1/26/2019 | LG Monitor Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 8 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 205 | LG Monitor | | 219 | Pelican Case & 7 Laptops | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 120.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 500.00 |
| 206 | LG Monitor | | 220 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 652 | 120.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 207 | Dell Monitor | | 221 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 93 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 208 | HP Monitor | | 222 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 209 | HP Monitor | | 223 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 53 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 210 | HP Monitor | | 224 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 211 | Dell Monitor | | 225 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 212 | HP Monitor | | 226 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 213 | LG Monitor | | 227 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 63 | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 214 | Monitor Stands & Screens | | 228 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 60 | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 215 | Bin of Power Cord Wall Plugs | | 229 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 97 | 120.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 216 | Roll Up Sign | | 230 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 55.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 217 | Roll Up Sign | | 231 | Wood 3 Drawer File Cabinet | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 55.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 218 | Roll Up Sign | | 232 | Black & Gray Night Stands | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 55.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 184 | 5.00 |



C·A·S·H
REALTY &
AUCTIONS

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 9 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 233 1/26/2019 | 3 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 | 248 1/26/2019 | Auto Garbage Can Invoice Sale Price(Qty=1) Bid Card # 50 | 25.00 |
| 234 1/26/2019 | 3 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 | 249 1/26/2019 | Lot of Work Shirts Invoice Sale Price(Qty=1) Bid Card # 199 | 30.00 |
| 235 1/26/2019 | 3 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 94 | 25.00 | 250 1/26/2019 | Shoe Cubby Invoice Sale Price(Qty=1) Bid Card # 183 | 5.00 |
| 236 1/26/2019 | Trade Show Display Invoice Sale Price(Qty=1) Bid Card # 678 | 400.00 | 251 1/26/2019 | Lot of X-Mas Décor Invoice Sale Price(Qty=1) Bid Card # 847 | 75.00 |
| 237 1/26/2019 | Lot of Pictures Invoice Sale Price(Qty=1) Bid Card # 50 | 5.00 | 252 1/26/2019 | Lot of Desk Covers Invoice Sale Price(Qty=1) Bid Card # 79 | 55.00 |
| 238 1/26/2019 | File Bins on Table Invoice Sale Price(Qty=1) Bid Card # 94 | 10.00 | 253 1/26/2019 | Lot of Garbage Cans Invoice Sale Price(Qty=1) Bid Card # 65 | 100.00 |
| 239 1/26/2019 | Nilfisk Shop Vac Invoice Sale Price(Qty=1) Bid Card # 53 | 110.00 | 254 1/26/2019 | Bin of Misc. Invoice Sale Price(Qty=1) Bid Card # 60 | 25.00 |
| 241 1/26/2019 | Lot of File Bins on Floor Invoice Sale Price(Qty=1) Bid Card # 780 | 30.00 | 255 1/26/2019 | 5 Wood Clocks Invoice Sale Price(Qty=1) Bid Card # 188 | 65.00 |
| 242 1/26/2019 | Large Wood Work Table Invoice Sale Price(Qty=1) Bid Card # 189 | 75.00 | 256 1/26/2019 | 5 Chrome Clocks Invoice Sale Price(Qty=1) Bid Card # 188 | 65.00 |
| 243 1/26/2019 | Hoover Cordless Vac Invoice Sale Price(Qty=1) Bid Card # 406 | 55.00 | 257 1/26/2019 | Polycom Phone Invoice Sale Price(Qty=1) Bid Card # 87 | 200.00 |
| 244 1/26/2019 | Tripp Lite A/C Unit Invoice Sale Price(Qty=1) Bid Card # 75 | 175.00 | 258 1/26/2019 | Polycom Conference Phone w/2 Side Speakers Invoice Sale Price(Qty=1) Bid Card # 87 | 125.00 |
| 245 1/26/2019 | Tripp Lite A/C Unit Invoice Sale Price(Qty=1) Bid Card # 75 | 175.00 | 259 1/26/2019 | Polycom Conference Phone no side speakers Invoice Sale Price(Qty=1) Bid Card # 188 | 125.00 |
| 246 1/26/2019 | Paper Shredder Invoice Sale Price(Qty=1) Bid Card # 183 | 45.00 | 260 1/26/2019 | Polycom Conference Phone no side speakers Invoice Sale Price(Qty=1) Bid Card # 87 | 50.00 |
| 247 1/26/2019 | Auto Garbage Can Invoice Sale Price(Qty=1) Bid Card # 406 | 25.00 | 261 1/26/2019 | Wood Work Table Invoice Sale Price(Qty=1) Bid Card # 81 | 100.00 |



110 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/895-2200
Fax: 716/685-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 10 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 262 | Wood Work Table | | 277 | LG TV | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 81 | 100.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 789 | 175.00 |
| 263 | Wood Work Table | | 278 | LG TV | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 81 | 100.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 81 | 75.00 |
| 264 | Samsung TV, Power Cord & Remote | | 279 | Large TV Rack on Wheels | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 691 | 300.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 100.00 |
| 265 | TCL TV No Power Cord | | 280 | TV Rack on Wheels | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 786 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 200.00 |
| 266 | TCL TV No Power Cord | | 281 | TV Rack on Wheels | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 786 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 92 | 75.00 |
| 267 | Samsung TV, Power Cord & Rack | | 283 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 647 | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 10.00 |
| 268 | Sony TV on Rack w/Power Cord | | 284 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 684 | 525.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 270 | LG TV No Power Cord | | 285 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 872 | 225.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 271 | LG TV No Power Cord | | 286 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 872 | 225.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 272 | LG TV No Power Cord | | 287 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 872 | 225.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 273 | Samsung TV | | 298 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 65 | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 669 | 15.00 |
| 274 | Samsung TV | | 289 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 669 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 275 | LG TV | | 290 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 58 | 150.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 99 | 0.00 |
| 276 | LG TV | | 291 | Ikea Work Desk | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 789 | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 669 | 15.00 |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 11 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 292 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 679 | 15.00 | 306 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 293 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 307 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 294 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 181 | 15.00 | 308 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 295 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 15.00 | 309 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 296 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 310 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 297 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 15.00 | 311 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 15.00 |
| 298 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 312 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 299 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 679 | 15.00 | 313 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 15.00 |
| 300 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 314 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 301 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 315 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 776 | 15.00 |
| 302 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 316 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 303 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 317 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 304 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 15.00 | 318 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |
| 305 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 | 319 1/26/2019 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card # 99 | 0.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716-885-2200
Fax: 716-585-3162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 12 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 320 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #99 | 0.00 | 334 | SAS Sentry Air Filter System<br>Invoice Sale Price(Qty=1)<br>Bid Card #97 | 200.00 |
| 321 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #99 | 0.00 | 335 | Home Grow System<br>Invoice Sale Price(Qty=1)<br>Bid Card #780 | 10.00 |
| 322 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #99 | 0.00 | 336 | Air Station Box<br>Invoice Sale Price(Qty=1)<br>Bid Card #251 | 55.00 |
| 323 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #99 | 0.00 | 337 | Reception Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #780 | 5.00 |
| 324 | Ikea Work Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #99 | 0.00 | 338 | Reception Desk<br>Invoice Sale Price(Qty=1)<br>Bid Card #780 | 5.00 |
| 325 | Master Shop Fan<br>Invoice Sale Price(Qty=1)<br>Bid Card #79 | 110.00 | 339 | Desco Combo Tester X3<br>Invoice Sale Price(Qty=1)<br>Bid Card #51 | 65.00 |
| 326 | LY-600 Vacuum Oven<br>Invoice Sale Price(Qty=1)<br>Bid Card #84 | 300.00 | 340 | 2 Door Cabinet on Wheels<br>Invoice Sale Price(Qty=1)<br>Bid Card #778 | 130.00 |
| 327 | LY-SC60 Dust Test Chamber<br>Invoice Sale Price(Qty=1)<br>Bid Card #566 | 200.00 | 341 | 8 Drawer File Cabinet<br>Invoice Sale Price(Qty=1)<br>Bid Card #94 | 5.00 |
| 328 | LY-2150 Temperature Humidity Chamber<br>Invoice Sale Price(Qty=1)<br>Bid Card #676 | 400.00 | 342 | Wood Table<br>Invoice Sale Price(Qty=1)<br>Bid Card #663 | 5.00 |
| 329 | LY-01 IPx5 Rain Test Chamber<br>Invoice Sale Price(Qty=1)<br>Bid Card #666 | 225.00 | 343 | Collapsible Ladder<br>Invoice Sale Price(Qty=1)<br>Bid Card #188 | 65.00 |
| 330 | LY-B705 Mobile Drop Tester<br>Invoice Sale Price(Qty=1)<br>Bid Card #53 | 175.00 | 344 | Wood Stand<br>Invoice Sale Price(Qty=1)<br>Bid Card #58 | 55.00 |
| 331 | LY-Touch Screen Click & Cross Life Tester<br>Invoice Sale Price(Qty=1)<br>Bid Card #59 | 200.00 | 345 | Wood Stand<br>Invoice Sale Price(Qty=1)<br>Bid Card #58 | 55.00 |
| 332 | Air Duster<br>Invoice Sale Price(Qty=1)<br>Bid Card #778 | 35.00 | 346 | Wood Stand<br>Invoice Sale Price(Qty=1)<br>Bid Card #58 | 55.00 |
| 333 | LY-5050 Vertical & Level Vibration Tester<br>Invoice Sale Price(Qty=1)<br>Bid Card #676 | 125.00 | 347 | Turbo Air 2 Door SS Refrigerator<br>Invoice Sale Price(Qty=1)<br>Bid Card #980 | 1,700.00 |

Consignor Settlement



**C·A·S·H REALTY & AUCTIONS**
210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauctions.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 13 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 348 1/26/2019 | Turbo Air 2 Door SS Refrigerator — Invoice Sale Price(Qty=1) — Bid Card # 680 | 1,500.00 | 363 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 |
| 349 1/26/2019 | Igloo Mobile cooler — Invoice Sale Price(Qty=1) — Bid Card # 198 | 120.00 | 364 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 |
| 350 1/26/2019 | Startech Component Cabinet — Invoice Sale Price(Qty=1) — Bid Card # 409 | 25.00 | 365 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 |
| 351 1/26/2019 | Component Cabinet — Invoice Sale Price(Qty=1) — Bid Card # 409 | 50.00 | 366 1/26/2019 | Executive Chair — Invoice Sale Price(Qty=1) — Bid Card # 257 | 100.00 |
| 352 1/26/2019 | Component Cabinet — Invoice Sale Price(Qty=1) — Bid Card # 409 | 50.00 | 367 1/26/2019 | Executive Chair — Invoice Sale Price(Qty=1) — Bid Card # 684 | 100.00 |
| 353 1/26/2019 | 2 Entry Mats — Invoice Sale Price(Qty=1) — Bid Card # 198 | 45.00 | 368 1/26/2019 | Office Chair on Wheels — Invoice Sale Price(Qty=1) — Bid Card # 51 | 10.00 |
| 355 1/26/2019 | 4 Stools — Invoice Sale Price(Qty=1) — Bid Card # 198 | 120.00 | 369 1/26/2019 | Office Chair on Wheels — Invoice Sale Price(Qty=1) — Bid Card # 51 | 10.00 |
| 356 1/26/2019 | 2 Drawer Lateral File — Invoice Sale Price(Qty=1) — Bid Card # 679 | 35.00 | 370 1/26/2019 | Office Chair on Wheels — Invoice Sale Price(Qty=1) — Bid Card # 51 | 10.00 |
| 357 1/26/2019 | 2 Drawer Lateral File — Invoice Sale Price(Qty=1) — Bid Card # 183 | 35.00 | 371 1/26/2019 | Office Chair on Wheels — Invoice Sale Price(Qty=1) — Bid Card # 51 | 10.00 |
| 358 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 | 372 1/26/2019 | Modern Chair — Invoice Sale Price(Qty=1) — Bid Card # 188 | 15.00 |
| 359 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 | 373 1/26/2019 | Modern Chair — Invoice Sale Price(Qty=1) — Bid Card # 188 | 15.00 |
| 360 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 | 374 1/26/2019 | Modern Chair — Invoice Sale Price(Qty=1) — Bid Card # 188 | 15.00 |
| 361 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 | 375 1/26/2019 | Modern Chair — Invoice Sale Price(Qty=1) — Bid Card # 188 | 15.00 |
| 362 1/26/2019 | Mobile Chair on Wheels w/Work Surface — Invoice Sale Price(Qty=1) — Bid Card # 798 | 35.00 | 376 1/26/2019 | Modern Chair — Invoice Sale Price(Qty=1) — Bid Card # 732 | 15.00 |

ednded



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 14 |

| Lot # | Transaction Description | Amount | Lot # | Transaction Description | Amount |
|---|---|---|---|---|---|
| 377 1/26/2019 | Wood & Padded Chair Invoice Sale Price(Qty=1) Bid Card #108 | 120.00 | 391 1/26/2019 | Kawasaki Cubic-S Duaro Robot Invoice Sale Price(Qty=1) Bid Card #251 | 4,000.00 |
| 378 1/26/2019 | Wood & Padded Chair Invoice Sale Price(Qty=1) Bid Card #188 | 120.00 | 392 1/26/2019 | Robot Control Invoice Sale Price(Qty=1) Bid Card #59 | 275.00 |
| 379 1/26/2019 | Wood & Padded Chair Invoice Sale Price(Qty=1) Bid Card #188 | 120.00 | 393 1/26/2019 | Epilog Laser Fusion Engraver Invoice Sale Price(Qty=1) Bid Card #669 | 10,500.00 |
| 380 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 394 1/26/2019 | Yellow Chair Invoice Sale Price(Qty=1) Bid Card #661 | 40.00 |
| 381 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 395 1/26/2019 | Bird Art Invoice Sale Price(Qty=1) Bid Card #68 | 40.00 |
| 382 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 396 1/26/2019 | Crème Chair Invoice Sale Price(Qty=1) Bid Card #183 | 25.00 |
| 383 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 397 1/26/2019 | Crème Chair Invoice Sale Price(Qty=1) Bid Card #183 | 25.00 |
| 384 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 398 1/26/2019 | Wood & Metal Shelf Invoice Sale Price(Qty=1) Bid Card #187 | 95.00 |
| 385 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 399 1/26/2019 | New Cyber Power UPS Invoice Sale Price(Qty=1) Bid Card #68 | 225.00 |
| 386 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 400 1/26/2019 | New Cyber Power UPS Invoice Sale Price(Qty=1) Bid Card #79 | 225.00 |
| 387 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 401 1/26/2019 | APC UPS Invoice Sale Price(Qty=1) Bid Card #60 | 85.00 |
| 388 1/26/2019 | Patio Table Invoice Sale Price(Qty=1) Bid Card #65 | 90.00 | 402 1/26/2019 | Mini Wood & Metal Shelf Invoice Sale Price(Qty=1) Bid Card #82 | 55.00 |
| 389 1/26/2019 | Kawasaki cubic s buaro Invoice Sale Price(Qty=1) Bid Card #251 | 4,000.00 | 403 1/26/2019 | Wood Stand Invoice Sale Price(Qty=1) Bid Card #74 | 10.00 |
| 390 1/26/2019 | Kawasaki Cubic-S Duaro Robot Invoice Sale Price(Qty=1) Bid Card #185 | 6,100.00 | 405 1/26/2019 | Toasters & Water Kettle Invoice Sale Price(Qty=1) Bid Card #652 | 85.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 15 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 406 | **Wood Coffee Table** | | 420 | **Chair** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 82 | | | Bid Card # 653 | |
| 407 | **Wood Stool** | | 421 | **9 Metal Folding Chairs** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 79 | | | Bid Card # 82 | |
| 408 | **Hitachi Table SW** | | 422 | **12 Plastic Folding Chairs** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 275.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 30.00 |
| | Bid Card # 81 | | | Bid Card # 183 | |
| 409 | **Trash Can** | | 423 | **4 Plastic Folding Chairs** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 90.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 |
| | Bid Card # 188 | | | Bid Card # 50 | |
| 410 | **Cans & Bottle Can** | | 424 | **3 Plastic Folding Chairs** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 90.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 15.00 |
| | Bid Card # 186 | | | Bid Card # 50 | |
| 411 | **5-Bar Stools** | | 425 | **Mirror Art** | |
| 1/26/2019 | Invoice Sale Price(Qty=5) | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 680 | | | Bid Card # 780 | |
| 412 | **8-Bar Stools** | | 426 | **Rackas Zore Direction 1200** | |
| 1/26/2019 | Invoice Sale Price(Qty=8) | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 187 | | | Bid Card # 51 | |
| 413 | **Raymond G210 Electric Pallet Jack. S/N: G211711578** | | 427 | **Cisco Router** | |
| | | | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | | | | Bid Card # 409 | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 2,100.00 | 428 | **Netgear Switch** | |
| | Bid Card # 669 | | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | | | | Bid Card # 409 | |
| 414 | **Pallet Jack** | | 429 | **Edge Router Pro Switch** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 252 | | | Bid Card # 51 | |
| 415 | **Pallet Jack** | | 430 | **TD Link Switch** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 252 | | | Bid Card # 51 | |
| 416 | **Pallet Jack** | | 431 | **Switch** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 78 | | | Bid Card # 409 | |
| 417 | **2 Wheel Dolly** | | 432 | **Brocade Fastiron Fox 648S** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 55.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 |
| | Bid Card # 257 | | | Bid Card # 409 | |
| 419 | **Kitchen Stand** | | 433 | **Dell Sonicwall NSX 4600** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 450.00 |
| | Bid Card # 257 | | | Bid Card # 87 | |



**C·A·S·H**
**REALTY & AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO # | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 16 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 134 | Bird Artwork | | 448 | Spectrum Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 0.00 |
| | Bid Card # 69 | | | Bid Card # 796 | |
| 135 | Gray Sofa | | 449 | Bretford Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 796 | | | Bid Card # 796 | |
| 136 | chair | | 450 | Bretford Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 95.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 |
| | Bid Card # 187 | | | Bid Card # 196 | |
| 137 | chair | | 451 | Spectrum Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 95.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 |
| | Bid Card # 187 | | | Bid Card # 796 | |
| 138 | Square Wood Pub Table | | 452 | Spectrum Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 |
| | Bid Card # 690 | | | Bid Card # 796 | |
| 139 | Square Wood Pub Table | | 453 | Black Charging Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 |
| | Bid Card # 796 | | | Bid Card # 796 | |
| 140 | Square Wood Pub Table | | 454 | Choice of 10 Pallets of Card Board | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=4) | 10.00 |
| | Bid Card # 798 | | | Bid Card # 198 | |
| 141 | Square Wood Pub Table | | 455 | Choice of 9 Pallets of Card Board | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 |
| | Bid Card # 798 | | | Bid Card # 78 | |
| 142 | Square Wood Pub Table | | 461 | Decorative Wall Partitions | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 225.00 |
| | Bid Card # 258 | | | Bid Card # 92 | |
| 143 | Oblong Table | | 462 | Decorative Wall Partitions | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 225.00 |
| | Bid Card # 800 | | | Bid Card # 92 | |
| 144 | Spectrum Stand | | 463 | Decorative Wall Partitions | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 15.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 225.00 |
| | Bid Card # 198 | | | Bid Card # 92 | |
| 145 | Spectrum Industries Charging Cart | | 464 | Safety Cabinet & Supplies | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 |
| | Bid Card # 798 | | | Bid Card # 78 | |
| 146 | Desk Caddy Cabinet | | 465 | Safety Cabinet & Supplies | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 |
| | Bid Card # 60 | | | Bid Card # 78 | |
| 147 | Bretford Charging Cart | | 466 | Chrome Garbage Can | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 198 | | | Bid Card # 188 | |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-8162
www.cashauction.com

| CO #: | 1844 |
| Date: | 1/23/2019 |
| Page: | 17 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 467 1/26/2019 | Chrome Garbage Can Invoice Sale Price(Qty=1) Bid Card # 188 | 100.00 | 481 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 468 1/26/2019 | Chrome Garbage Can Invoice Sale Price(Qty=1) Bid Card # 188 | 100.00 | 482 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 469 1/26/2019 | Chrome Garbage Can Invoice Sale Price(Qty=1) Bid Card # 188 | 100.00 | 483 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 470 1/26/2019 | Chrome Garbage Can Missing Insert & Top Invoice Sale Price(Qty=1) Bid Card # 661 | 25.00 | 484 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 471 1/26/2019 | Rolling Ladder Invoice Sale Price(Qty=1) Bid Card # 70 | 110.00 | 485 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 472 1/26/2019 | Room Planter Invoice Sale Price(Qty=1) Bid Card # 57 | 70.00 | 486 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 473 1/26/2019 | Room Planter Invoice Sale Price(Qty=1) Bid Card # 57 | 70.00 | 487 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 474 1/26/2019 | Room Planter Invoice Sale Price(Qty=1) Bid Card # 57 | 70.00 | 488 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 475 1/26/2019 | Room Planter Invoice Sale Price(Qty=1) Bid Card # 57 | 70.00 | 489 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 476 1/26/2019 | Lot of Floral Décor Invoice Sale Price(Qty=1) Bid Card # 406 | 45.00 | 490 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 477 1/26/2019 | Round Table Invoice Sale Price(Qty=1) Bid Card # 188 | 100.00 | 491 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 478 1/26/2019 | Round Table Invoice Sale Price(Qty=1) Bid Card # 188 | 100.00 | 492 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 479 1/26/2019 | Ikea Lights Invoice Sale Price(Qty=1) Bid Card # 179 | 10.00 | 493 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 480 1/26/2019 | Octagonal Table Invoice Sale Price(Qty=1) Bid Card # 188 | 50.00 | 494 1/26/2019 | Tech Cart Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO.#: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 16 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 495 | Tech Cart | | 509 | Tech Cart | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 |
| 496 | Tech Cart | | 510 | Ping Pong Table & Supplies | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 263 | 200.00 |
| 497 | Tech Cart | | 512 | Lot of Paper | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 94 | 35.00 |
| 498 | Tech Cart | | 513 | Decorative Stand | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 65 | 25.00 |
| 499 | Tech Cart | | 514 | Lot of Framed Pictures | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 60 | 25.00 |
| 500 | Tech Cart | | 515 | Mini Fridge | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 55.00 |
| 501 | Tech Cart | | 516 | Mini Fridge | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 84 | 55.00 |
| 502 | Tech Cart | | 518 | Desk Organizer | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 780 | 30.00 |
| 503 | Tech Cart | | 519 | Wood & Pipe Table | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 663 | 65.00 |
| 504 | Tech Cart | | 520 | Coat Tree | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 188 | 35.00 |
| 505 | Tech Cart | | 521 | Coat Tree | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 188 | 35.00 |
| 506 | Tech Cart | | 522 | Coat Tree | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 188 | 35.00 |
| 507 | Tech Cart | | 523 | Coat Tree | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 188 | 35.00 |
| 508 | Tech Cart | | 524 | Coat Tree | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 79 | 30.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 188 | 25.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
| --- | --- |
| Date: | 1/23/2019 |
| Page: | 19 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
| --- | --- | --- | --- | --- | --- |
| 525 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 188 | 25.00 | 539 1/26/2019 | **Napkin Dispenser & Coffee Servers** Invoice Sale Price(Qty=1) Bid Card # 193 | 20.00 |
| 526 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 188 | 25.00 | 540 1/26/2019 | **16 Boxes of Office Supplies** Invoice Sale Price(Qty=1) Bid Card # 78 | 95.00 |
| 527 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 189 | 25.00 | 541 1/26/2019 | **Suggestion Box** Invoice Sale Price(Qty=1) Bid Card # 60 | 15.00 |
| 528 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 62 | 20.00 | 542 1/26/2019 | **New Canon Printer** Invoice Sale Price(Qty=1) Bid Card # 87 | 75.00 |
| 529 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 62 | 20.00 | 543 1/26/2019 | **New Canon Printer** Invoice Sale Price(Qty=1) Bid Card # 87 | 75.00 |
| 530 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 787 | 20.00 | 544 1/26/2019 | **New Canon Printer** Invoice Sale Price(Qty=1) Bid Card # 51 | 75.00 |
| 531 1/26/2019 | **Coat Tree** Invoice Sale Price(Qty=1) Bid Card # 183 | 20.00 | 545 1/26/2019 | **Used Canon Printer** Invoice Sale Price(Qty=1) Bid Card # 681 | 25.00 |
| 532 1/26/2019 | **Coat Tree Parts** Invoice Sale Price(Qty=1) Bid Card # 780 | 15.00 | 545a 1/26/2019 | **Tru Bind Machine** Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 |
| 533 1/26/2019 | **Staplers & Etc** Invoice Sale Price(Qty=1) Bid Card # 787 | 25.00 | 546 1/26/2019 | **Brother Printer** Invoice Sale Price(Qty=1) Bid Card # 68 | 85.00 |
| 534 1/26/2019 | **Lot of Batteries** Invoice Sale Price(Qty=1) Bid Card # 179 | 35.00 | 547 1/26/2019 | **Canon Copier** Invoice Sale Price(Qty=1) Bid Card # 193 | 5.00 |
| 535 1/26/2019 | **Dry Erase Lapboards** Invoice Sale Price(Qty=1) Bid Card # 684 | 40.00 | 548 1/26/2019 | **Brother Printer** Invoice Sale Price(Qty=1) Bid Card # 193 | 5.00 |
| 536 1/26/2019 | **New Keurig Coffee Maker** Invoice Sale Price(Qty=1) Bid Card # 658 | 95.00 | 549 1/26/2019 | **Brother Printer** Invoice Sale Price(Qty=1) Bid Card # 193 | 10.00 |
| 537 1/26/2019 | **Used Keurig Coffee Maker** Invoice Sale Price(Qty=1) Bid Card # 183 | 25.00 | 550 1/26/2019 | **Brother Printer** Invoice Sale Price(Qty=1) Bid Card # 193 | 10.00 |
| 538 1/26/2019 | **Used Keurig Coffee Maker** Invoice Sale Price(Qty=1) Bid Card # 649 | 25.00 | 551 1/26/2019 | **Brother Printer** Invoice Sale Price(Qty=1) Bid Card # 193 | 10.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO.#: | 1844 |
| Date: | 1/23/2019 |
| Page: | 20 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 552 | Dell Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 10.00 | 567 | Chrome Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 79 | 45.00 |
| 553 | Dell Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 10.00 | 568 | Chrome Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 86 | 45.00 |
| 554 | Brother Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 10.00 | 569 | Chrome Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 45.00 |
| 555 | HP Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 10.00 | 570 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 75.00 |
| 556 | HP Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 571 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 75.00 |
| 557 | HP Printer<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 572 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 70.00 |
| 558 | Special Event Sign<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 70.00 | 573 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 855 | 55.00 |
| 559 | Programmable Light Bulbs<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 186 | 40.00 | 574 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 50.00 |
| 560 | Lot of Labels<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 760 | 10.00 | 575 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 50.00 |
| 561 | Jabra Pro 9460<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 10.00 | 576 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 50.00 |
| 563 | Lot of Table Covers<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 78 | 25.00 | 577 | Inspection Magnifier & Light, No Base<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 70.00 |
| 564 | Fastener Bins<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 25.00 | 578 | Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 30.00 |
| 565 | Chrome Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 787 | 45.00 | 579 | Camera Photo Lights & Back Drops<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 407 | 450.00 |
| 566 | Chrome Light<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 84 | 45.00 | 580 | Component Drawer Glider<br>1/26/2019 Invoice Sale Price(Qty=1)<br>Bid Card # 778 | 0.00 |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 21 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 581 | Axess Wireless Microphone | | 595 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 259 | | | Bid Card # 688 | |
| 582 | Boom Microphone | | 596 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 180.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 57 | | | Bid Card # 688 | |
| 583 | Light & Tripod | | 597 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 275.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 85 | | | Bid Card # 688 | |
| 584 | Bins of Misc. | | 598 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 407 | | | Bid Card # 688 | |
| 585 | Large AV Tripod | | 599 | 5 Bboxes of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 120.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 695 | | | Bid Card # 50 | |
| 586 | Av Tripod | | 600 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 778 | | | Bid Card # 778 | |
| 587 | GoPro Hand Pod | | 601 | Lock Box | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 50 | | | Bid Card # 778 | |
| 588 | Lot of Cushion Mats | | 602 | Bin of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 70 | | | Bid Card # 59 | |
| 589 | Static Mats | | 603 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 |
| | Bid Card # 198 | | | Bid Card # 86 | |
| 590 | Large Dark Wood Work Table | | 604 | Smart Eyeglasses | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 60.00 |
| | Bid Card # 79 | | | Bid Card # 87 | |
| 591 | Large Dark Wood Work Table | | 605 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 79 | | | Bid Card # 53 | |
| 592 | Large Dark Wood Work Table | | 606 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 |
| | Bid Card # 79 | | | Bid Card # 677 | |
| 593 | Safe No Combination | | 607 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 55.00 |
| | Bid Card # 84 | | | Bid Card # 63 | |
| 594 | Safe No Combination | | 608 | Box of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 |
| | Bid Card # 688 | | | Bid Card # 87 | |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 22 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 309 | Box of Misc. | | 623 | Lot of Extension Cords | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 655 | | | Bid Card # 196 | |
| 310 | Box of Misc. | | 624 | Lot of Surge Protectors | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 45.00 |
| | Bid Card # 677 | | | Bid Card # 199 | |
| 311 | Box of Misc. | | 626 | Panasonic Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 53 | | | Bid Card # 677 | |
| 312 | Box of Misc. | | 628 | Emerson Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 54 | | | Bid Card # 787 | |
| 313 | Box of Misc. | | 629 | GE Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 53 | | | Bid Card # 679 | |
| 314 | Box of Misc. | | 630 | GE Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 |
| | Bid Card # 53 | | | Bid Card # 254 | |
| 315 | Box of Misc. | | 631 | GE Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 186 | | | Bid Card # 691 | |
| 316 | Boxes of USB Adapters | | 632 | GE Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 60.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 179 | | | Bid Card # 690 | |
| 317 | Boxes of Startech Ethernet Adapters | | 633 | Samsung Microwave | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 85.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 656 | | | Bid Card # 254 | |
| 318 | 8-Boxes of Misc. | | 634 | 12-Boxes of Misc. | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 130.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 40.00 |
| | Bid Card # 83 | | | Bid Card # 78 | |
| 319 | Box of Misc. | | 635 | Uline Mini Tool Chest | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 |
| | Bid Card # 660 | | | Bid Card # 184 | |
| 320 | Box of Misc. | | 636 | Bin of Drills | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 65.00 |
| | Bid Card # 660 | | | Bid Card # 53 | |
| 321 | Box of Misc. | | 637 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 660 | | | Bid Card # 72 | |
| 322 | Box of Misc. | | 638 | Safe No Combination | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 35.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 660 | | | Bid Card # 72 | |



**C·A·S·H REALTY & AUCTIONS**
210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
| Date: | 1/23/2019 |
| Page: | 23 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 639 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 196 | 35.00 | 653 1/26/2019 | Black Top Table Invoice Sale Price(Qty=1) Bid Card # 193 | 25.00 |
| 640 1/26/2019 | 9-Boxes of Misc Invoice Sale Price(Qty=1) Bid Card # 78 | 65.00 | 654 1/26/2019 | Black Top Table Invoice Sale Price(Qty=1) Bid Card # 193 | 25.00 |
| 641 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 776 | 25.00 | 655 1/26/2019 | 18-Boxes of Misc. Invoice Sale Price(Qty=1) Bid Card # 63 | 100.00 |
| 642 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 251 | 75.00 | 656 1/26/2019 | 12-Boxes of Misc. Invoice Sale Price(Qty=1) Bid Card # 78 | 25.00 |
| 643 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 199 | 75.00 | 657 1/26/2019 | Atlas Copo Parts Invoice Sale Price(Qty=1) Bid Card # 84 | 225.00 |
| 644 1/26/2019 | Box of Misc. Invoice Sale Price(Qty=1) Bid Card # 199 | 75.00 | 658 1/26/2019 | Table Cash Register Invoice Sale Price(Qty=1) Bid Card # 51 | 250.00 |
| 645 1/26/2019 | 10-Boxes of Misc. Invoice Sale Price(Qty=1) Bid Card # 78 | 40.00 | 660 1/26/2019 | Fellows Heat Binder Invoice Sale Price(Qty=1) Bid Card # 51 | 25.00 |
| 646 1/26/2019 | 9-Boxes of Misc Invoice Sale Price(Qty=1) Bid Card # 63 | 20.00 | 661 1/26/2019 | 200 lb Scale Invoice Sale Price(Qty=1) Bid Card # 51 | 45.00 |
| 647 1/26/2019 | 4-Plastic Bins & Contents Invoice Sale Price(Qty=1) Bid Card # 94 | 45.00 | 662 1/26/2019 | Henry Scale Invoice Sale Price(Qty=1) Bid Card # 53 | 10.00 |
| 648 1/26/2019 | Label Dispenser Invoice Sale Price(Qty=1) Bid Card # 193 | 10.00 | 663 1/26/2019 | Tape & Glue Station Invoice Sale Price(Qty=1) Bid Card # 85 | 25.00 |
| 649 1/26/2019 | Lot of Toner Invoice Sale Price(Qty=1) Bid Card # 193 | 85.00 | 664 1/26/2019 | Zebra ZT410 Laser Printer Invoice Sale Price(Qty=1) Bid Card # 67 | 200.00 |
| 650 1/26/2019 | USB Charger Invoice Sale Price(Qty=1) Bid Card # 652 | 15.00 | 665 1/26/2019 | Brody Laser Printer Invoice Sale Price(Qty=1) Bid Card # 196 | 130.00 |
| 651 1/26/2019 | Lot of Ram Mounts Invoice Sale Price(Qty=1) Bid Card # 87 | 10.00 | 666 1/26/2019 | Brody BBP 33 Laser Printer Invoice Sale Price(Qty=1) Bid Card # 68 | 225.00 |
| 652 1/26/2019 | Projector & TV Controller Invoice Sale Price(Qty=1) Bid Card # 681 | 100.00 | 667 1/26/2019 | Zebra ZP 450 Laser Printer Invoice Sale Price(Qty=1) Bid Card # 70 | 100.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 24 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 368 | Zebra ZP 450 Laser Printer | | 683 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 51 | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 677 | 150.00 |
| 369 | Lot of Labels | | 684 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 58 | 50.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 175.00 |
| 370 | Lot of Docking Stations | | 685 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 87 | 200.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 |
| 371 | 5 Atlas Units AS IS | | 686 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 57 | 420.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 |
| 372 | 5 Atlas Units AS IS | | 687 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 57 | 420.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 |
| 373 | 5 Atlas Units AS IS | | 688 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 691 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 681 | 75.00 |
| 374 | 5 Atlas Units AS IS | | 689 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 50 | 12.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 259 | 125.00 |
| 376 | 5 Atlas Units AS IS | | 690 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 50 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 691 | 125.00 |
| 377 | 5 Atlas Units AS IS | | 691 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 788 | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 |
| 378 | 5 Atlas Units AS IS | | 692 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 259 | 125.00 |
| 379 | 5 Atlas Units AS IS | | 693 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 681 | 75.00 |
| 380 | 5 Atlas Units AS IS | | 694 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 225.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 788 | 125.00 |
| 381 | 5 Atlas Units AS IS | | 695 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 175.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 72 | 150.00 |
| 382 | 5 Atlas Units AS IS | | 696 | 5 Atlas Units AS IS | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 662 | 150.00 | 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card # 72 | 150.00 |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 25 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 697 1/26/2019 | 9 Boxes of Misc. Invoice Sale Price(Qty=1) Bid Card # 69 | 50.00 | 711 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 |
| 698 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=1) Bid Card # 179 | 70.00 | 712 1/26/2019 | 4 Boxed Seal Units AS IS Invoice Sale Price(Qty=1) Bid Card # 684 | 175.00 |
| 699 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 713 1/26/2019 | 4 Boxed Seal Units AS IS Invoice Sale Price(Qty=1) Bid Card # 684 | 175.00 |
| 700 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 714 1/26/2019 | Test Devices Invoice Sale Price(Qty=1) Bid Card # 50 | 10.00 |
| 701 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 715 1/26/2019 | Test Devices Invoice Sale Price(Qty=1) Bid Card # 50 | 10.00 |
| 702 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 716 1/26/2019 | Test Devices Invoice Sale Price(Qty=1) Bid Card # 50 | 10.00 |
| 703 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 717 1/26/2019 | 10 Testers Invoice Sale Price(Qty=1) Bid Card # 85 | 25.00 |
| 704 1/26/2019 | Blue Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 179 | 70.00 | 718 1/26/2019 | Work Table on Wheels Invoice Sale Price(Qty=1) Bid Card # 798 | 20.00 |
| 705 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 719 1/26/2019 | Work Table on Wheels Invoice Sale Price(Qty=1) Bid Card # 798 | 20.00 |
| 706 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 720 1/26/2019 | Wood & Pipe Leg Table Invoice Sale Price(Qty=1) Bid Card # 65 | 120.00 |
| 707 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 721 1/26/2019 | Wood & Pipe Leg Table Invoice Sale Price(Qty=1) Bid Card # 65 | 120.00 |
| 708 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 722 1/26/2019 | Oblong Table Invoice Sale Price(Qty=1) Bid Card # 690 | 10.00 |
| 709 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 722a 1/26/2019 | Suitcase Invoice Sale Price(Qty=1) Bid Card # 652 | 10.00 |
| 710 1/26/2019 | Seal Units AS IS Invoice Sale Price(Qty=5) Bid Card # 58 | 75.00 | 723 1/26/2019 | 2 Drawer File Cabinet Invoice Sale Price(Qty=1) Bid Card # 781 | 15.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/685-2200
Fax: 716/685-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 26 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 724 1/26/2019 | Wood & White Legged Table Invoice Sale Price(Qty=1) Bid Card # 663 | 25.00 | 738 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 725 1/26/2019 | Folding Table Invoice Sale Price(Qty=1) Bid Card # 61 | 15.00 | 739 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 726 1/26/2019 | Folding Table Invoice Sale Price(Qty=1) Bid Card # 61 | 15.00 | 740 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 727 1/26/2019 | Workout Bench Invoice Sale Price(Qty=1) Bid Card # 660 | 25.00 | 741 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 728 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 742 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 69 | 100.00 |
| 729 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 743 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 655 | 100.00 |
| 730 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 778 | 100.00 | 744 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 69 | 100.00 |
| 731 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 745 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 652 | 100.00 |
| 732 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 778 | 100.00 | 746 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 733 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 747 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 78 | 100.00 |
| 734 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 67 | 100.00 | 748 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 679 | 100.00 |
| 735 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 57 | 100.00 | 749 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 50 | 100.00 |
| 736 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 778 | 100.00 | 750 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 737 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 778 | 100.00 | 751 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |



210 Sawyer Ave.
Buffalo, NY 14150
**Ph: 716/895-2200**
Fax: 716/895-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 27 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 752 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 768 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 753 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 769 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 788 | 125.00 |
| 754 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 78 | 100.00 | 770 1/26/2019 | 6 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 755 1/26/2019 | 5 Seal Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 662 | 100.00 | 771 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 766 1/26/2019 | REMOVED Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 772 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 757 1/26/2019 | Lot of Seal Leather Cases Invoice Sale Price(Qty=1) Bid Card # 255 | 20.00 | 773 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 758 1/26/2019 | Lot of Seal Leather Cases Invoice Sale Price(Qty=1) Bid Card # 662 | 20.00 | 774 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 759 1/28/2019 | Lot of Seal Leather Cases Invoice Sale Price(Qty=1) Bid Card # 788 | 0.00 | 775 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 760 1/26/2019 | Lot of Seal Leather Cases Invoice Sale Price(Qty=1) Bid Card # 254 | 20.00 | 776 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 761 1/26/2019 | 21 Boxes of Misc. Invoice Sale Price(Qty=1) Bid Card # 63 | 95.00 | 777 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 668 | 125.00 |
| 763 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 778 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 764 1/26/2019 | 6 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 779 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 766 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 780 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |
| 767 1/26/2019 | 6 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 | 781 1/26/2019 | 5 BAK Board Tablets AS IS Invoice Sale Price(Qty=1) Bid Card # 58 | 100.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 28 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 782<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 796<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 |
| 783<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 797<br>1/26/2019 | Amazon Paper Shredder<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 15.00 |
| 784<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 798<br>1/26/2019 | 2 Boxes of Misc<br>Invoice Sale Price(Qty=1)<br>Bid Card # 69 | 20.00 |
| 785<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 799<br>1/26/2019 | 4 Frame Kits<br>Invoice Sale Price(Qty=1)<br>Bid Card # 199 | 20.00 |
| 786<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 799a<br>1/26/2019 | Glue Binding Machine<br>Invoice Sale Price(Qty=1)<br>Bid Card # 651 | 150.00 |
| 787<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 800<br>1/26/2019 | Philips Defibrillator<br>Invoice Sale Price(Qty=1)<br>Bid Card # 252 | 400.00 |
| 788<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 801<br>1/26/2019 | Defibrillator<br>Invoice Sale Price(Qty=1)<br>Bid Card # 252 | 400.00 |
| 789<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 802<br>1/26/2019 | Defibrillator<br>Invoice Sale Price(Qty=1)<br>Bid Card # 252 | 400.00 |
| 790<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 803<br>1/26/2019 | Box of Combination Locks<br>Invoice Sale Price(Qty=1)<br>Bid Card # 50 | 5.00 |
| 791<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 805<br>1/26/2019 | APC UPS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 61 | 30.00 |
| 792<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 806<br>1/26/2019 | Laminating & Screens<br>Invoice Sale Price(Qty=1)<br>Bid Card # 50 | 25.00 |
| 793<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 807<br>1/26/2019 | Box of Power Cords<br>Invoice Sale Price(Qty=1)<br>Bid Card # 87 | 20.00 |
| 794<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 808<br>1/26/2019 | End Table<br>Invoice Sale Price(Qty=1)<br>Bid Card # 660 | 10.00 |
| 795<br>1/26/2019 | 5 BAK Board Tablets AS IS<br>Invoice Sale Price(Qty=1)<br>Bid Card # 58 | 100.00 | 809<br>1/26/2019 | File Cabinet<br>Invoice Sale Price(Qty=1)<br>Bid Card # 660 | 10.00 |



**C·A·S·H REALTY & AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/895-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 29 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 310 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 10.00 | 824 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 30.00 |
| 311 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 825 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 |
| 312 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 826 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 |
| 313 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 827 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 |
| 314 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 828 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 680 | 20.00 |
| 315 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 829 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 680 | 20.00 |
| 316 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 830 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 656 | 10.00 |
| 317 1/26/2019 | Ikea 2 Drawer Desk  Invoice Sale Price(Qty=1)  Bid Card # 193 | 0.00 | 831 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 656 | 10.00 |
| 318 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 | 832 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 656 | 25.00 |
| 319 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 | 833 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 63 | 50.00 |
| 320 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 | 834 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 87 | 900.00 |
| 321 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 20.00 | 835 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 87 | 900.00 |
| 322 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 30.00 | 836 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 656 | 10.00 |
| 323 1/26/2019 | Long Wood Work Table  Invoice Sale Price(Qty=1)  Bid Card # 257 | 30.00 | 837 1/26/2019 | Pallet of Misc Parts  Invoice Sale Price(Qty=1)  Bid Card # 63 | 50.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716-885-2200
Fax: 716-885-9182
www.cashauction.com

| CO.# | 1644 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 30 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 338 | **Pallet of Misc Parts** | | 853 | **2 Pallets of Card Board** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 688 | | | Bid Card # 75 | |
| 339 | **Pallet of Misc Parts** | | 854 | **Pallet of Card Board** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 75.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 656 | | | Bid Card # 75 | |
| 340 | **Pallet of Misc Parts** | | 855 | **Pallet of Card Board** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 656 | | | Bid Card # 75 | |
| 341 | **Pallet of Misc Parts** | | 856 | **Gray Sofa** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 125.00 |
| | Bid Card # 656 | | | Bid Card # 74 | |
| 342 | **Pallet of Misc Parts** | | 857 | **Black Sofa** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 150.00 |
| | Bid Card # 656 | | | Bid Card # 70 | |
| 343 | **Pallet of Misc Parts** | | 858 | **Black Chair** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 375.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 150.00 |
| | Bid Card # 54 | | | Bid Card # 70 | |
| 344 | **Pallet of Misc Parts** | | 859 | **Gray Sofa** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 25.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 100.00 |
| | Bid Card # 656 | | | Bid Card # 680 | |
| 345 | **Pallet of Misc Parts** | | 860 | **Plexi Sign** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 |
| | Bid Card # 63 | | | Bid Card # 63 | |
| 347 | **Pallet of Misc. Parts** | | 862 | **Wood Cabinet** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 95.00 |
| | Bid Card # 78 | | | Bid Card # 667 | |
| 348 | **Pallet of Misc. Parts** | | 863 | **44 Plastic Folding Chairs & Cart** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 700.00 |
| | Bid Card # 78 | | | Bid Card # 662 | |
| 349 | **Pallet of Misc. Parts** | | 864 | **Chair Dolly** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 125.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 651 | | | Bid Card # 760 | |
| 350 | **Pallet of Misc. Parts** | | 865 | **Inspection Work Bench** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 10.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 |
| | Bid Card # 78 | | | Bid Card # 179 | |
| 351 | **Pallet of Card Board** | | 866 | **Inspection Work Bench** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 50.00 |
| | Bid Card # 75 | | | Bid Card # 179 | |
| 352 | **Pallet of Card Board** | | 867 | **Broken Office Chair** | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 75 | | | Bid Card # 761 | |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 31 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 368 1/26/2019 | 10- White Chairs Invoice Sale Price(Qty=10) Bid Card # 199 | 150.00 | 882 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 257 | 55.00 |
| 369 1/26/2019 | 10-White Tall Bar Stools Invoice Sale Price(Qty=10) Bid Card # 780 | 50.00 | 883 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 257 | 55.00 |
| 370 1/26/2019 | 10-White Tall Bar Stools Invoice Sale Price(Qty=10) Bid Card # 780 | 50.00 | 884 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 193 | 65.00 |
| 371 1/26/2019 | 10-White Tall Bar Stools Invoice Sale Price(Qty=10) Bid Card # 780 | 50.00 | 885 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 70 | 75.00 |
| 372 1/26/2019 | 5-White Tall Bar Stools Invoice Sale Price(Qty=5) Bid Card # 780 | 25.00 | 886 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 70 | 75.00 |
| 373 1/26/2019 | 10-Chairs Invoice Sale Price(Qty=10) Bid Card # 65 | 75.00 | 889 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 |
| 374 1/26/2019 | 4-Chairs Invoice Sale Price(Qty=4) Bid Card # 65 | 30.00 | 890 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 |
| 375 1/26/2019 | 10-Chairs Invoice Sale Price(Qty=10) Bid Card # 65 | 75.00 | 891 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 667 | 100.00 |
| 376 1/26/2019 | 9-Chairs Invoice Sale Price(Qty=9) Bid Card # 65 | 67.50 | 892 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 667 | 100.00 |
| 377 1/26/2019 | 10-Chairs Invoice Sale Price(Qty=10) Bid Card # 65 | 75.00 | 893 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 667 | 100.00 |
| 378 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 652 | 55.00 | 894 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 |
| 379 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 65 | 55.00 | 895 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 667 | 100.00 |
| 380 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 70 | 55.00 | 896 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 |
| 381 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 65 | 55.00 | 897 1/26/2019 | Large Black Wire Rack Invoice Sale Price(Qty=1) Bid Card # 667 | 50.00 |



**C·A·S·H REALTY & AUCTIONS**
210 Sawyer Ave.
Buffalo, NY 14150
PH: 716/895-2200
Fax: 716/895-9162
www.cashauction.com

| CO #: | 1844 |
| Date: | 1/23/2019 |
| Page: | 32 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 898 | Large Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 | 912 | Black Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 899 | Large Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 | 913 | Black & Green Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 50.00 |
| 900 | Large Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 | 914 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 901 | Large Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 667 | 50.00 | 915 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 902 | Large Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 55.00 | 916 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 903 | Green Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 196 | 75.00 | 917 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 904 | Green Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 196 | 75.00 | 918 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 905 | Black Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 196 | 75.00 | 919 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 906 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 880 | 95.00 | 920 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 907 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 880 | 95.00 | 921 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 60 | 40.00 |
| 908 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 70 | 75.00 | 922 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 909 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 70 | 75.00 | 923 | Black Wire Rack — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |
| 910 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 179 | 75.00 | 924 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 94 | 50.00 |
| 911 | Chrome Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 287 | 75.00 | 925 | Green Wire Rack on Wheels — Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 33 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 926 1/26/2019 | **Black Wire Rack** Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 | 941 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 85 | 100.00 |
| 927 1/26/2019 | **Black Wire Rack** Invoice Sale Price(Qty=1) Bid Card # 94 | 50.00 | 942 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 59 | 575.00 |
| 928 1/26/2019 | **Chrome Wire Rack on Wheels** Invoice Sale Price(Qty=1) Bid Card # 678 | 55.00 | 943 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 78 | 10.00 |
| 929 1/26/2019 | **Chrome Wire Rack on Wheels** Invoice Sale Price(Qty=1) Bid Card # 678 | 55.00 | 945 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 63 | 50.00 |
| 930 1/26/2019 | **Chrome Wire Rack on Wheels** Invoice Sale Price(Qty=1) Bid Card # 94 | 50.00 | 946 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 94 | 35.00 |
| 931 1/26/2019 | **Chrome Wire Rack on Wheels** Invoice Sale Price(Qty=1) Bid Card # 678 | 55.00 | 947 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 94 | 35.00 |
| 932 1/26/2019 | **Black Wire Rack on Wheels** Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 | 948 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 933 1/26/2019 | **Black wire rack on wheels** Invoice Sale Price(Qty=1) Bid Card # 193 | 30.00 | 949 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 934 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 87 | 325.00 | 950 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 935 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 54 | 100.00 | 951 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 936 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 63 | 100.00 | 952 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 35.00 |
| 937 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 87 | 300.00 | 953 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 35.00 |
| 938 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 63 | 10.00 | 954 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 939 1/26/2019 | **Pallet of Misc. Parts** Invoice Sale Price(Qty=1) Bid Card # 651 | 275.00 | 955 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-0182
www.cashauction.com

| | | |
|---|---|---|
| CO #: | | 1844 |
| Date: | | 1/28/2019 |
| Page: | | 34 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 956 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 970 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 957 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 66 | 20.00 | 971 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 67 | 20.00 |
| 958 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 972 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 67 | 20.00 |
| 959 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 973 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 67 | 20.00 |
| 960 1/29/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 667 | 35.00 | 974 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 961 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 975 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 962 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 976 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 963 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 977 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 964 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 668 | 35.00 | 978 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 965 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 979 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 778 | 35.00 |
| 966 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 980 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 778 | 35.00 |
| 967 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 981 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 778 | 35.00 |
| 968 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 982 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 969 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 983 1/26/2019 | White Office Chair Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 35 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 984 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 998 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 985 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 999 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 986 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 1000 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 987 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 1001 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 988 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 1002 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 989 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 1003 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 990 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 57 | 20.00 | 1004 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 991 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1005 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 |
| 992 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1006 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 993 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1007 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 994 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1008 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 995 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1009 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 996 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1010 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |
| 997 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 65 | 20.00 | 1011 1/26/2019 | **White Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 20.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 36 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 1012 | White Office Chair | | 1026 | White Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 |
| | Bid Card # 70 | | | Bid Card # 65 | |
| 1013 | White Office Chair | | 1027 | White Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 |
| | Bid Card # 70 | | | Bid Card # 65 | |
| 1014 | White Office Chair | | 1028 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 70 | | | Bid Card # 678 | |
| 1015 | White Office Chair | | 1029 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 65 | | | Bid Card # 678 | |
| 1016 | White Office Chair | | 1030 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 65 | | | Bid Card # 678 | |
| 1017 | White Office Chair | | 1031 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 65 | | | Bid Card # 678 | |
| 1018 | Red & Black Office Chair | | 1032 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1019 | Red & Black Office Chair | | 1033 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1020 | Red & Black Office Chair | | 1034 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1021 | Red & Black Office Chair | | 1035 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1022 | Red & Black Office Chair | | 1036 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1023 | Red & Black Office Chair | | 1037 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 |
| | Bid Card # 193 | | | Bid Card # 678 | |
| 1024 | Red & Black Office Chair | | 1038 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 |
| | Bid Card # 678 | | | Bid Card # 679 | |
| 1025 | Red & Black Office Chair | | 1039 | Red & Black Office Chair | |
| 1/26/2019 | Invoice Sale Price(Qty=1) | 5.00 | 1/26/2019 | Invoice Sale Price(Qty=1) | 20.00 |
| | Bid Card # 678 | | | Bid Card # 677 | |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 37 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 1040 1/26/2019 | Red & Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 | 1054 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 |
| 1041 1/26/2019 | Red & Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 | 1055 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 |
| 1042 1/26/2019 | Red & Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 | 1056 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 |
| 1043 1/26/2019 | Red & Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 | 1057 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 |
| 1044 1/26/2019 | Red & Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 | 1058 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 |
| 1045 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1059 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 10.00 |
| 1046 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1060 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 10.00 |
| 1047 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1061 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 10.00 |
| 1048 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1062 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 10.00 |
| 1049 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1063 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 10.00 |
| 1050 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1064 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 5.00 |
| 1051 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1065 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 5.00 |
| 1052 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1066 1/28/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 5.00 |
| 1053 1/26/2019 | Red Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 5.00 | 1067 1/26/2019 | Black Office Chair<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 5.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 38 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 1068 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1082 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1069 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1083 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1070 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1084 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1071 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1085 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1072 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1086 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1073 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1087 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1074 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1088 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #257 | 10.00 |
| 1075 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #75 | 5.00 | 1089 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #257 | 10.00 |
| 1076 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1090 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #257 | 10.00 |
| 1077 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1091 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1078 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1092 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1079 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1093 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1080 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1094 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |
| 1081 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 | 1095 1/26/2019 | Black Office Chair Invoice Sale Price(Qty=1) Bid Card #70 | 5.00 |

Consignor Settlement



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
| Date: | 1/23/2019 |
| Page: | 39 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|------|------------------------|--------|------|------------------------|--------|
| 1096 1/26/2019 | **Black Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 5.00 | 1110 1/26/2019 | **Black Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 257 | 20.00 |
| 1097 1/26/2019 | **Black Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 0.00 | 1111 1/26/2019 | **Black Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 257 | 20.00 |
| 1098 1/28/2019 | **Black Office Chair** Invoice Sale Price(Qty=1) Bid Card # 73 | 25.00 | 1113 1/26/2019 | **Locker Cubby** Invoice Sale Price(Qty=1) Bid Card # 83 | 10.00 |
| 1099 1/26/2019 | **Herman Miller Office Chair** Invoice Sale Price(Qty=1) Bid Card # 70 | 200.00 | 1114 1/26/2019 | **Locker Cubby** Invoice Sale Price(Qty=1) Bid Card # 83 | 10.00 |
| 1100 1/26/2019 | **Brown Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 551 | 5.00 | 1115 1/26/2019 | **Locker Cubby** Invoice Sale Price(Qty=1) Bid Card # 83 | 10.00 |
| 1101 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1116 1/26/2019 | **Locker Cubby** Invoice Sale Price(Qty=1) Bid Card # 83 | 10.00 |
| 1102 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1117 1/26/2019 | **Paper Shelf** Invoice Sale Price(Qty=1) Bid Card # 660 | 5.00 |
| 1103 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1118 1/26/2019 | **Wood Shelf** Invoice Sale Price(Qty=1) Bid Card # 781 | 5.00 |
| 1104 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1119 1/26/2019 | **Cabinet w/Doors** Invoice Sale Price(Qty=1) Bid Card # 53 | 20.00 |
| 1105 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1120 1/26/2019 | **Wood Stand** Invoice Sale Price(Qty=1) Bid Card # 53 | 10.00 |
| 1106 1/26/2019 | **Gray Leather Chair5** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1121 1/26/2019 | **Wood File Cabinet** Invoice Sale Price(Qty=1) Bid Card # 53 | 10.00 |
| 1107 1/26/2019 | **Gray Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 656 | 5.00 | 1122 1/26/2019 | **File Rack** Invoice Sale Price(Qty=1) Bid Card # 94 | 5.00 |
| 1108 1/26/2019 | **Black Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 661 | 30.00 | 1123 1/26/2019 | **Drafting Desk** Invoice Sale Price(Qty=1) Bid Card # 94 | 15.00 |
| 1109 1/26/2019 | **Black Leather Chair** Invoice Sale Price(Qty=1) Bid Card # 257 | 20.00 | 1127 1/26/2019 | **Wood Cabinet** Invoice Sale Price(Qty=1) Bid Card # 51 | 20.00 |



**C·A·S·H**
**REALTY &**
**AUCTIONS**

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9182
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/28/2019 |
| Page: | 40 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 1128 1/26/2019 | 5-Office Chairs Invoice Sale Price(Qty=5) Bid Card # 678 | 10.00 | 1143 1/26/2019 | File System Invoice Sale Price(Qty=1) Bid Card # 778 | 50.00 |
| 1129 1/26/2019 | Dumb Bell Set Invoice Sale Price(Qty=1) Bid Card # 257 | 5.00 | 1144 1/26/2019 | File System Invoice Sale Price(Qty=1) Bid Card # 257 | 50.00 |
| 1130 1/26/2019 | Lot of Kitchen Supplies Invoice Sale Price(Qty=1) Bid Card # 780 | 25.00 | 1145 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 660 | 40.00 |
| 1131 1/26/2019 | Wood & Metal Shelf Invoice Sale Price(Qty=1) Bid Card # 194 | 20.00 | 1146 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 61 | 30.00 |
| 1132 1/26/2019 | 4-Wood Work Station Tables Invoice Sale Price(Qty=1) Bid Card # 61 | 45.00 | 1147 1/26/2019 | Grease Board on Wheels Invoice Sale Price(Qty=1) Bid Card # 53 | 25.00 |
| 1134 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 15.00 | 1149 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1135 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1150 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1136 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1151 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1137 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1152 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1138 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1153 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1139 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1154 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1140 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1155 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1141 1/26/2019 | Wood File Cabinet Invoice Sale Price(Qty=1) Bid Card # 257 | 0.00 | 1156 1/26/2019 | Pallet of Card Board Invoice Sale Price(Qty=1) Bid Card # 75 | 5.00 |
| 1142 1/26/2019 | File System Invoice Sale Price(Qty=1) Bid Card # 257 | 50.00 | 1158 1/26/2019 | Lot of Styrofoam Invoice Sale Price(Qty=1) Bid Card # 179 | 25.00 |



210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
|---|---|
| Date: | 1/23/2019 |
| Page: | 41 |

| Lot# | Transaction Description | Amount | Lot# | Transaction Description | Amount |
|---|---|---|---|---|---|
| 1159 1/26/2019 | Factory Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 193 | 45.00 | 1174 1/26/2019 | Tall Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 |
| 1160 1/26/2019 | Factory Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 190 | 60.00 | 1175 1/26/2019 | Tall Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 |
| 1161 1/26/2019 | Rubbermaid Shop Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 660 | 55.00 | 1176 1/26/2019 | Tall Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 |
| 1162 1/26/2019 | Rubbermaid Shop Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 70 | 70.00 | 1177 1/26/2019 | Tall Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 |
| 1163 1/26/2019 | AV Cart<br>Invoice Sale Price(Qty=1)<br>Bid Card # 761 | 30.00 | 1178 1/26/2019 | Short Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 |
| 1165 1/26/2019 | Zip Code Map<br>Invoice Sale Price(Qty=1)<br>Bid Card # 778 | 70.00 | 1179 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 658 | 120.00 |
| 1166 1/26/2019 | Lot of Kitchen Supplies<br>Invoice Sale Price(Qty=1)<br>Bid Card # 780 | 5.00 | 1180 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 78 | 60.00 |
| 1167 1/26/2019 | Lot of White Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 20.00 | 1181 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 50.00 |
| 1168 1/26/2019 | Lot of Yellow Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 40.00 | 1182 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 25.00 |
| 1169 1/26/2019 | Lot of Red Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 40.00 | 1183 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 40.00 |
| 1170 1/26/2019 | Lot of Blue Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 760 | 20.00 | 1184 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 661 | 300.00 |
| 1171 1/26/2019 | Lot Black Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 94 | 40.00 | 1185 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 63 | 50.00 |
| 1172 1/26/2019 | Lot of Orange & Blue Bins<br>Invoice Sale Price(Qty=1)<br>Bid Card # 780 | 35.00 | 1186 1/26/2019 | Pallet of Misc. Parts<br>Invoice Sale Price(Qty=1)<br>Bid Card # 54 | 1,050.00 |
| 1173 1/26/2019 | Tall Section of Shelving<br>Invoice Sale Price(Qty=1)<br>Bid Card # 184 | 25.00 | 1187 1/26/2019 | Lot of Display Boxes<br>Invoice Sale Price(Qty=1)<br>Bid Card # 678 | 5.00 |



C·A·S·H
REALTY &
AUCTIONS

210 Sawyer Ave.
Buffalo, NY 14150
Ph: 716/885-2200
Fax: 716/885-9162
www.cashauction.com

| CO #: | 1844 |
| Date: | 1/23/2019 |
| Page: | 42 |

| Lot# | Transaction Description | Amount |
|---|---|---|
| 1188 | Lot of Cups & Mugs | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #761 | 5.00 |
| 1189 | Lot of Black T-Shirts | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #655 | 10.00 |
| 1190 | Lot of Multicolor T-Shirts | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #655 | 15.00 |
| 1193 | Lot of Wire Baskets | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #257 | 15.00 |
| 1194 | Bin Rack | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #780 | 40.00 |
| 1195 | Bin Rack | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #656 | 10.00 |
| 1196 | Bin Rack | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #780 | 5.00 |
| 96a | Dump Bin | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #193 | 25.00 |
| 1197 | Lot of Ikea Doors | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #781 | 5.00 |
| 1198 | Black Wire Rack | |
| 1/26/2019 | Invoice Sale Price(Qty=3) Bid Card #781 | 10.00 |
| 1199 | Chrome Wire Rack | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #780 | 15.00 |
| 1200 | Paper Roll Dispenser | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #684 | 10.00 |
| 1201 | Wood & Metal Table | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #654 | 25.00 |
| 42 | SS WORK TABLE | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #840 | 25.00 |

| Lot# | Transaction Description | Amount |
|---|---|---|
| 94ba | Natural Shelves | |
| 1/26/2019 | Invoice Sale Price(Qty=1) Bid Card #852 | 150.00 |
| 1/29/2019 | CO Expense - ADVERTISING | ( 1,214.33) |
| 2/1/2019 | CO Expense - Judge Ward Court Order Dated 1/3/2019 | ( 6,000.00) |
| | McGuire access fees and light fixtures | |
| 2/14/2019 | Payment to Consignor - Wire Transfer To PayChex | 17,000.00) |
| 2/14/2019 | Payment to Consignor - Via Wire Transfer To Cheryl Green, Esq. | 44,003.65) |
| 2/25/2019 | Payment to Consignor - #6091 To Ulla Bak | ( 6,730.78) |
| 2/25/2019 | Payment to Consignor - #6092 To JP Bak | ( 8,615.39) |
| 2/25/2019 | Payment to Consignor - #6093 To Christian Bak | 6,461.53) |
| 2/25/2019 | Payment to Consignor - # to Bak USA Technologies Corp | ( 18.87) |

| | |
|---|---|
| Total Quantity: | 1,307.00 |
| Total Invoice Sale Price: | 100,049.50 |
| Total Expenses: | ( 7,214.33) |
| Total Commission: | ( 10,004.95) |
| Total Due to Consignor: | 82,830.22 |
| Total Payments: | ( 82,830.22) |
| Balance: | $0.00 |

Inventory Remaining For This Consignment Order

**COMMISSION SETTINGS**

Calculate Commission By: Each
Commission Structure Type: Fixed

| Any Amount | 10% |
|---|---|

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of New York

In re   **BAK USA Technologies Corp.**               Case No.
                                       Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept                   $          **5,000.00**

Prior to the filing of this statement I have received       $          **5,000.00**

Balance Due                                   $          **0.00**

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]
**Amend lists, statements or schedules to comport with developments which may have occurred before or at the meeting of creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation in or services rendered in connection with: any adversary proceedings involving the Debtor or the case; Rule 2004 examination(s); defense of lift stay motion; and any other services not typically required in most cases.**

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 28, 2019**                    **/s/ Arthur G. Baumeister, Jr.**
*Date*                                  **Arthur G. Baumeister, Jr.**
                                        *Signature of Attorney*
                                        **Baumeister Denz LLP**
                                        **172 Franklin Street, Suite 2**
                                        **Buffalo, NY 14202**
                                        **(716) 852-1300  Fax: (716) 852-1344**
                                        **abaumeister@bdlegal.net**
                                        *Name of law firm*

# United States Bankruptcy Court
## Western District of New York

In re    __BAK USA Technologies Corp.__ _____    Case No. _____

                                         Debtor(s)    Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __March 28, 2019__ _____       __/s/ David Still__ _____

                                                  __David Still__/__Director__
                                                  Signer/Title

425 Michigan Avenue, LLC
McGuire Development
344 Cayuga Road
Buffalo, NY 14225


Aaron M. Bishop
64 Homestead Avenue
Depew, NY 14043


Alex A. Fernandez
100 Ellwood Avenue
Buffalo, NY 14222-3000


Ali H. Al Shemmary
51Fayer Street
Buffalo, NY 14207


Amanda B. Schiferle
184 Sprucewood Terrace
Buffalo, NY 14221


B. Thomas Golisano
c/o Fishers Asset Management
1 Fishers Road
Pittsford, NY 14534


Be Relevant Group, LLC
1 News Plaza
Buffalo, NY 14203


Bertholt L. Schroeder
21 Woodward Avenue
Upper
Buffalo, NY 14214


Bo Zhang
216 Wendel Avenue
Buffalo, NY 14223


Brian M. Sas
1273 Hertel Avenue
Buffalo, NY 14216

Buffalo News
1 News Plaza
P.O. Box 5183
Buffalo, NY 14240


California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511


Chameleon Communications
510 Franklin Street
Buffalo, NY 14202


Cheryl A. Green
110 Old Meadow Drive
East Amherst, NY 14051


Cheryl A. Green, Esq.
500 Seneca Street
Unite3-7
Buffalo, NY 14204


Christian Bak
c/o Leslie Zemnick
20 Waterside Plaza
Apartent 5A
New York, NY 10010


Christina Collins
7154 Ward Road
North Tonawanda, NY 14120


Christopher M. Jankowski
157 Trowbridge Street
Buffalo, NY 14220


Colorado Department of Revenue Denver
Denver, CO 80261-0008


Commercial Bank of Ethopia
TF CPC
Addis Ababa
ETHIOPIA

Dataprise, Inc.
9600 Blackwell Road, 4th Fl.
Rockville, MD 20850


Don Eaves
225 Hinman Street
Wilson, NY 14172


Dun & Bradstreet
P.O. Box 75434
Chicago, IL 60675


Dun & Bradstreet
c/o Global Hawk Resources
P.O. Box 2010
Methuen, MA 01844


Edovo
215 W. Superior Street
Suite 600
Chicago, IL 60654


Education Alliance, LLC
Program: Success Files
4400 N. Federal Hightway, Suite 210-27
Boca Raton, FL 33431


Educators Network
75 Mill Street
Colchester, CT 06415


Elitegroup Computer Systems, Inc.
c/o David Tsai, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111


Eric W. Robinson
64 Brook Edge Road
Depew, NY 14043


Eva C. Bak
39 Days Park
Buffalo, NY 14201

```
EWI
1250 Arthur E Adams Drive
Columbus, OH 43211


Expert Moving LLC
1585 Main Street
Buffalo, NY 14209


Florida Department of Revenue
1415 W. US Highway 90, Suite 115
Lake City, FL 32055-6156


GeoSAS Consulting Service PLC
c/o Kidane Zista
285 Ashland Avenue
Buffalo, NY 14222


Gideon Paul Arugollu
72 Winton Street
Buffalo, NY 14214


Great Lakes Building Systems
116 Gruner Road
Buffalo, NY 14227


GS1 US, Inc.
7887 Washington Village Drive
Suite 300
Dayton, OH 45459


Halo Branded Solutions
3182 Momentum Place
Chicago, IL 60689


Halo Branded Solutions
c/o Biehl & Biehl, Inc.
P.O. Box 87410
Carol Stream, IL 60188


Hanover Insurance
P.O. Box 580045
Charlotte, NC 28258-0045
```

Hodgson Russ
The Guaranty Building
140 Pearl Street, Suite 100
Attention: James Thoman
Buffalo, NY 14202


Ian M. Donnelly
845 Potomac Avenue
Buffalo, NY 14209


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iowa Department of Revenue
P.O. Box 10466
Des Moines, IA 50306-0466


James A. Colombo III
427 Prospect Avenue
Apartment 3
Buffalo, NY 14201


James E. Soyle
10760 Bodine Road
Clarence, NY 14031


Jennifer S. Delair
20 Cherrywood Ridge
Holland, NY 14080


Kansas Department of Revenue
P.O. Box 758571
Topeka, KS 66675-8571


Karthik Tha Shanmugasundaram
2100 Sheridan Drive
Apartment 114
Buffalo, NY 14223


Keller Bros. & Miller
401 Franklin Street
Buffalo, NY 14202

Kentucky Department of Revenue
P.O. Box 181, Station 52
Frankfort, KY 40602-0181


Koushikee Chatterjee
59 LaSalle Avenue
Apartment 315
Buffalo, NY 14214


Kristen A. Johnson
346 Conneticut Street
Apartment 502
Buffalo, NY 14213


Luis A. Fernandez
39 Days Park
Buffalo, NY 14201


Luke Letosky
73 Harrison Avenue
Hicksville, NY 11801


Lumsden & McCormick LP
369 Franklin Street
Buffalo, NY 14202


Lumsden & McCormick LP
c/o ABC/Amega
500 Seneca Street
Suite 400
Buffalo, NY 14204


Matt E. Malloy
7743 Back Creek Road
Hamburg, NY 14075


Michael R. Dutka
2332 Winterberry Drive
Lake View, NY 14085


Michael S. Seamans
220 Wayside Drive
Depew, NY 14043

Michael Smeal
133 South 900 E
Apartment 4
Salt Lake City, UT 84102


Michigan Department of Treasury
P.O. Box 30803
Lansing, MI 48909


Microsoft Corporation
Attn: Jeff Martinson
1 Microsoft Way
Redmond, WA 98052-6399


Microsoft Corporation
Attn: OEM Contracts
Americas Operations Center
6100 Neil Road
Reno, NV 89511


Mohawk Global
P.O. Box 3065
Syracuse, NY 13220


New Jersey Division of Taxation
P.O. Box 333
Trenton, NJ 08646-0333


New York State Dept of Tax
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


New York State Thruway
EZ Pass Violations Processing Center
P.O. Box 15186
Albany, NY 12212


North Dakota Office of State Tax Commiss
600 E. Boulevard Avenue
Department 127
Bismarck, ND 58505


Oscar Prada-Gonzalez
551 7th Street
Buffalo, NY 14201

Package Design & Supply
1014 Northampton Street
Buffalo, NY 14211


Paychex
33 Dodge Road
Suite 110
Getzville, NY 14068


Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203


PS Elliott Services, Inc.
1767 Kenmore Avenue
Buffalo, NY 14217


Quest Diagnotics
P.O. Box 740709
Atlanta, GA 30374


R. Wayne LeChase Irrevocable Trust
c/o Fishers Asset Management
1 Fishers Road
Pittsford, NY 14534


Rachel M. Ernisse
449 Richmond Avenue
Buffalo, NY 14222


Samantha L. Pierce
600 11th Avenue North
Apartment 102
Nashville, TN 37203


Sara F. Vanhoose
2480 Linwood Avenue
#1
Niagara Falls, NY 14305


Shawn M. Saffer
304 Wellington Road
Floor #1
Buffalo, NY 14216

South Carolina Department of Revenue
P.O. Box 125
Columbia, SC 29214-0400


South Dakota Department of Revenue
445 E. Capital Avenue
Pierre, SD 57501


Spectrum Business f/k/a Time Warner
P.O. Box 70872
Charlotte, NC 28272


Spectrum Industries, Inc.
925 First Avenue
P.O. Box 400
Chippewa Falls, WI 54729


Speed Global Services
2299 Kenmore Avenue
Buffalo, NY 14207


Steven Adamski Jr.
33 Montfort Drive
Buffalo, NY 14225


StrategizeIT-Egypt, LLC
Flat 2, Building 63, Street 9
Asmarat heights Compound
Mokattam, Cairo
EGYPT


Streamline Designs
3475 Niagara Falls Boulevard
North Tonawanda, NY 14120


Synnex Corp.
39 Pelham Ridge Drive
Greenville, SC 29615


Timothy M. Dietrich
210 North Wells Street
#3601
Chicago, IL 60606

TIPS
The Interlocal Purchasing System
4845 US Hwy 271 N.
Pittsburg, TX 75686


United Way of Buffalo & Erie County
742 Delaware Avenue
Buffalo, NY 14209


UPS
P.O. Box 7247-0244
Philadelphia, PA 19170


UPS
c/o RMS
P.O. Box 361348
Columbus, OH 43236


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


Verizon
500 Technology Drive
Suite 550
Bankruptcy Department
Saint Charles, MO 63304


Working Knowledge LLC
c/o Getman & Biryla LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Working Knowledge, LLC
435 Lawrence Bell Drive
Suite 3
Buffalo, NY 14221


Zachary T. Swan
416 South Street
East Aurora, NY 14052

# United States Bankruptcy Court
## Western District of New York

In re   **BAK USA Technologies Corp.**         Case No.
               Debtor(s)         Chapter    **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BAK USA Technologies Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**March 28, 2019**                      **/s/ Arthur G. Baumeister, Jr.**

Date                                   **Arthur G. Baumeister, Jr.**

                                    Signature of Attorney or Litigant

                                    Counsel for    **BAK USA Technologies Corp.**

                                    **Baumeister Denz LLP**

                                    **172 Franklin Street, Suite 2**

                                    **Buffalo, NY 14202**

                                    **(716) 852-1300 Fax:(716) 852-1344**

                                    **abaumeister@bdlegal.net**