**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:

    BAK USA Technologies Corp.

                  Debtor(s)

Case No.: 1−19−10605−CLB
Chapter: 7

Tax ID: 47−4196114

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

### IT IS ORDERED THAT:

Wendy J. Christophersen is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: August 18, 2023

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 61
www.nywb.uscourts.gov